UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KAILEE GALANTE,
*on behalf of herself all others similarly situated,*

                     *Plaintiff,*

v.

WATERMARK SERVICES IV, LLC,

                     *Defendant.*

**AFFIRMATION JUSTIN CORDELLO, ESQ.**

No.: 23 Civ. 6227 FPG-MWP

---

I, **Justin M. Cordello,** under penalty of perjury do hereby depose and voluntarily state:

1. I am the principal with the law firm Cordello Law PLLC which represents the Plaintiff in the above-captioned action. I am fully familiar with the facts and circumstances surrounding this matter and I make this affirmation in support of Plaintiff's Motion for Reconsideration of this Court's Order dated March 7, 2024 Dkt. No. 28.

2. Attached hereto as <u>Exhibit A</u> is the 2025 New York State Executive Budget – Education, Albor and Family Assistance Article VII Legislation – Initial Executive Proposal

3. Attached hereto as <u>Exhibit B</u> is the 2025 New York State Executive Budget – Education, Albor and Family Assistance Article VII Legislation – Executive Memorandum in Support.

4. Attached hereto as <u>Exhibit C</u> is New York Governor Budget Bill – Executive Amended Proposal.

5. Attached hereto as <u>Exhibit D</u> is New York State Senate Adopted Budget Report.

6. Attached hereto as <u>Exhibit E</u> is *Levy v. Endeavor Air, Inc*. 21-cv-4387 (ENV(JRC)(E.D.N.Y. Mar. 29, 2024)(Vitaliano, D.J.).

I declare under penalty of perjury that the foregoing is true and correct.

- 2 -

Executed on June 24, 2024

                                                /s/ Justin M. Cordello

                                                Justin M. Cordello