01/11/23                                                          72021101-2
                                                                   DOB Final
DRAFT   LBDC

A BUDGET BILL submitted by the Governor
in accordance with Article VII of the Constitution

AN ACT to amend the labor law, in relation to limiting liquidated
    damages in certain frequency of pay violations (Part );

  The  People of the State of New York, represented in Senate and Assembly, do enact as follows:

1                              PART __

2    Section 1. Subdivision 1-a of section 198 of the labor law, as amended
3  by chapter 362 of the laws of 2015, is amended to read as follows:
4    1-a. On behalf of any employee paid less than the wage to which he  or
5  she  is  entitled under the provisions of this article, the commissioner
6  may bring any legal action necessary, including  administrative  action,
7  to  collect  such claim and as part of such legal action, in addition to
8  any other remedies and penalties otherwise available under this article,
9  the commissioner shall assess against the employer the  full  amount  of
10 any  such  underpayment, and an additional amount as liquidated damages,
11 unless the employer proves a good faith basis  for  believing  that  its
12 underpayment of wages was in compliance with the law. Liquidated damages
13 shall  be  calculated  by  the  commissioner as no more than one hundred
14 percent of the total amount of wages found to be due, except such liqui-
15 dated damages may be up to three hundred percent of the total amount  of
16 the wages found to be due for a willful violation of section one hundred
17 ninety-four of this article. In any action instituted in the courts upon
18 a  wage  claim  by an employee or the commissioner in which the employee
19 prevails, the court shall allow such employee to recover the  full amount



1  of any underpayment, all reasonable attorney's fees, prejudgment inter-
2  est as required under the civil practice law and rules, and, unless the
3  employer proves a good faith basis to believe that its underpayment of
4  wages was in compliance with the law, an additional amount as liquidated
5  damages equal to one hundred percent of the total amount of the wages
6  found to be due, except such liquidated damages may be up to three
7  hundred percent of the total amount of the wages found to be due for a
8  willful violation of section one hundred ninety-four of this article.
9  <u>Notwithstanding the provisions of this subdivision, liquidated damages</u>
10 <u>shall not be applicable to violations of paragraph a of subdivision one</u>
11 <u>of section one hundred ninety-one of this article where the</u> ~~employee was~~
   ~~employer~~
12 <u>paid</u> ~~in accordance with the agreed terms of employment,~~ <u>the employee</u>
   <u>their wages on a regular payday,</u> <u>but no</u>~~t~~ <u>less</u>
13 <u>frequently than semi-monthly, but instead such violations shall be subject</u>
   <u>to damages of no more than one hundered percent of the lost interest found to</u>
   <u>be due for the delayed payment of wages calculated using a daily interest rate</u>
   <u>for each day payment is late based on the annual rate of interest then in</u>
   <u>effect, as prescribed by the superintendent of financial services pursuant</u>
   <u>to section fourteen-a of the banking law.</u><u>Provided however, an employer who was</u>
   <u>previously found to be in violation of paragraph a of subdivision one of</u>
   <u>section one hundred ninety-one of this article shall be subject to damages of</u>
   <u>three hundred percent of the lost interest found to be due for the delayed</u>
   <u>payment of wages calculated using a daily interest rate for each day payment</u>
   <u>is late based on the annual rate of interest then in effect, as prescribed by</u>
   <u>the superintendent of financial services pursuant to section fourteen-a of the</u>
   <u>banking law.</u>
14  § 2. This act shall take effect ~~on the sixtieth day after it shall~~
15 ~~have become a law~~ <u>immediately and shall apply to caues of action pending</u>
   <u>or commenced on or after the effective date</u>.

