

NEW YORK
STATE SENATE
NYSENATE.GOV

**ADOPTED BUDGET REPORT - April 19, 2024**

**Adirondack Park Agency**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $6.6 million.

**Aging, Office for the**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $16.6 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $356.3 million and adds $24.3 million for a total of $375 million as follows:
  - $10 million for the Expanded In-Home Services for the Elderly Program
  - $2.5 million for the Long Term Care Ombudsman Program
  - $1.4 million for the Holocaust Survivors Initiative
  - $1 million for  Guardianship Hotline
  - $1 million for Naturally Occurring Retirement Communities (NORC) and Neighborhood Naturally Occurring Retirement Communities (NNORC)
  - $900,000 for the Metropolitan New York Coordinating Council on Jewish Poverty
  - $700,000 for the Lisma Foundation
  - $400,000 for Regional Aid for Interim Need (RAIN)
  - $375,000 for the Lifespan of Greater Rochester, Inc
  - $325,000 for the Elder Law and Justice for the Prevention of Elder Abuse
  - $300,000 for the Gay, Lesbian, Bisexual, and Transgender Elders (SAGE)
  - $250,000 for Jewish Community Council of Greater Coney Island, Inc
  - $250,000 for Westchester Residential Opportunities
  - $200,000 for LiveOn NY
  - $200,000 for Older Adults Technology Center
  - $200,000 for Queens Community House
  - $150,000 for Colonie Senior Service Center
  - $150,000 for Wayside Outreach Development
  - $115,000 for Lenox Hill Neighborhood House Inc
  - $112,000 for Guardianship Corp
  - $112,000 Project Guardianship

- ○ $100,000 for New York Statewide Senior Action Council
- ○ $100,000 for Statewide Senior Action Council - Patients' Rights Hotline
- ○ $100,000 for Selfhelp Community Services
- ○ $100,000 for Services now for Adult Persons
- ○ $50,000 for Glen Cove Senior Center
- ○ $50,000 for India Home
- ○ $50,000 for Spring Creek Senior Partners
- ○ $25,000 for Jewish Association for Services of the Aged - Bay Eden Senior Center

*Article VII Proposal (S.8307-C)*
- Part F – The Adopted Budget modifies the Executive proposal for the Special Needs Assisted Living Residences (SNARL) voucher program to remove the cap on vouchers and omits provisions related to assisted living residence quality reporting measures, advanced standing classification, and national accreditation.
- Part W – The Adopted Budget intentionally omits the Executive proposal to create an Interagency Council of Elder Justice.

**Agriculture and Markets, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $185 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $68.9 million and adds $11.4 million, for a total of $80.3 million, as follows:
  - ○ The Adopted Budget restores $4.5 million for the following:
    - ■ $1 million for Socially and Economically Disadvantaged Farmers.
    - ■ $1 million for Beginning Farmers.
    - ■ $481,000 for the Cornell Vet Diagnostic Lab.
    - ■ $300,000 for Cornell hops breeding research.
    - ■ $250,000 for the Cornell Pro-Dairy climate specialist.
    - ■ $250,000 for the Cornell livestock systems team.
    - ■ $150,000 for the Wine and Grape Foundation.
    - ■ $110,000 for the Agribusiness child development program.
    - ■ $100,000 for Dutchess County CCE.
    - ■ $100,000 for the John May farm safety fund.
    - ■ $100,000 for Black Farmers United.
    - ■ $100,000 for the Cannabis Association of New York.
    - ■ $75,000 for Cornell maple research.

- - $75,000 for Cornell vegetable research.
  - $75,000 for Volunteers Improving Neighborhood Environment.
  - $50,000 for the CNY Lyme and Tick-borne Disease Alliance.
  - $50,000 for Cornell/Geneva barley experimentation.
  - $50,000 for Cornell concord grape research.
  - $50,000 for Pitney Meadows Community Farm.
  - $50,000 for the Comfort Food Community.
  - $49,000 for corn and soybean growers
  - $25,000 for Teens for Food Justice.
  - $24,000 for the Brewers Association.
  - $24,000 for the Distillers Guild.
  - $20,000 for Cornell onion research.
  - The Adopted Budget provides $4.7 million in additional funding for the following:
    - $1.2 million for the Farm Viability Institute.
    - $759,000 for the Apple Growers Association.
    - $750,000 for Grow NYC.
    - $700,000 for the Farmland for a New Generation program.
    - $300,000 for Jefferson County CCE.
    - $200,000 for the Hudson Valley AgriBusiness Development Corporation.
    - $200,000 for the Turfgrass Environmental Stewardship Fund.
    - $200,000 for the Northeast Organic Farmers Association.
    - $150,000 for the Cornell Cooperative Extension upstate-downstate food network divide.
    - $100,000 for the Cannabis Farmers Alliance.
    - $100,000 for the Hop Growers of New York.
    - $99,000 for the Maple Producers Association.
    - $60,000 for the Empire Sheep Producers.
    - $50,000 for Local Fairs.
    - $42,000 for the Cider Association.
  - The Adopted Budget transfers $2 million for the Cornell Integrated Pest Management program out of the EPF and into the Department of Agriculture.

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive recommendation of $70.6 million and adds $19.5 million for a total of $90.1 million as follows:
  - $19.5 million for the New York State Veterinary Diagnostic Lab & Animal Health Diagnostic Center.

*Article VII Proposal (S.8308-C)*
- Part R – The Adopted Budget intentionally omits the weighmaster licensing fee regulation proposal, maintaining the fee at $15.

**Alcoholic Beverage Control, Division of**

*State Operations (S.8300-D)*
- The Adopted Budget accepts the Executive recommendation of $79.7 million with no modifications.

*Aid to Localities (S.8303-D)*
- The Adopted Budget accepts the Executive recommendation of $5 million with no modifications.

*Article VII Proposal (S.8305-C)*
- Part G – The Adopted Budget modifies the Executive proposal to enhance the powers of the Office of Cannabis Management and local governments to shut down illicit cannabis shops if the shop poses a threat to public health and safety by including language that will allow New York City to begin enforcement immediately, providing more clarity to cities and counties of what procedures their local statutes will have to include, and clarifying the steps to be taken to adjudicate these closings in court by increasing fines for landlords who refuse to close down illicit stores when asked to do so by the authorities and by adjusting penalties.
- Part H – The Adopted Budget modifies the Executive proposal to institute a number of proposals made by the ABC Law Reform Commission by omitting changes to the process for approving corporate changes.
- Part I – The Adopted Budget modifies the Executive proposal to create a temporary wholesale permit by omitting a proposal to allow for multiple wholesale licenses in one location.
- Part J – The Adopted Budget modifies the Executive proposal to permanently extend the administrative powers of the SLA Chair by extending them for three years.
- Part K – The Adopted Budget accepted the Executive proposal to extend the temporary retail permit program by one year.
- Part L – The Adopted Budget moved this Executive proposal to Part MM of S.8306-C.
- Part Y – The Adopted Budget modifies the Executive proposal to extend the drinks-to-go authorization permanently by extending it for five years instead, until 2030.
- New Part CC – The Adopted Budget includes language that will allow movie theaters to obtain liquor licenses, with limitations on how many drinks can be bought and the hours of service.

*Article VII Proposal (S.8306-C)*
- New Part MM – The Adopted Budget modifies the Executive proposal to codify the ability for licensees to sell alcohol in noncontiguous municipal spaces, including those beyond a bike lane, by clarifying the insurance requirements restaurants need in order to serve alcohol in such spaces.

**Addiction Services and Supports, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $171.3 million and adds $1.2 million for a total of $172.5 million as follows:
  - $1.2 million for the Opioid Settlement Funding to support operations

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $922.3 million and adds $38.5 million, for a total of $960.8 million as follows:
  - $22.5 million increase for the Opioid Settlement Fund
  - $7.9 million increase for a 2.84% Cost of Living Adjustment
  - $3 million for vocational, job placement, and day rehabilitation services
  - $2.45 million for Assembly Legislative grants
  - $1 million for Substance Abuse Prevention and Intervention Specialists
  - $950,000 for Family and Children's Association (Recovery Community and Outreach Center
  - $250,000 for Addiction Recovery Supportive Transportation Demonstration Program
  - $250,000 for Coalition for Behavioral Health (InUnity Alliance Inc)
  - $150,000 for Samaritan Daytop Village

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $92 million.

*Article VII Proposal (S.8307-C)*
- Part U – The Adopted Budget intentionally omits the Executive proposal to make changes to opioid and overdose prevention programs and include controlled substances in the state's controlled substances list.
- Part X – The Adopted Budget intentionally omits the Executive proposal to make the Opioid Stewardship Fund permanent.

**Audit and Control, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $563.5 million and adds $3.9 million for a total of $567.4 million as follows:
  - $3.9 million to the Audit and Control Program to support the Local Government and School Accountability Office, Bureau of Financial Reporting, Oil Spill Protection, provide eight FTEs for the Data Analytics team, and eight FTEs for Human Resources.

*Capital Projects (S.8304-D)*
- The Adopted Budget accepts the Executive recommendation of $35.7 million in reappropriation authority with no modifications.

**Budget, Division of the**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $50.2 million and adds $877,000 for a total of $51.1 million as follows:
  - $602,000 for membership dues to the Council of State Governments, the National Conference of Insurance Legislators, and the National Conference of State Legislatures.
  - $275,000 increase for Internal Service Funds to support the annual independent audit of federal programs.

*Capital (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $60.2 million.

**Children and Family Services, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $587 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $4.9 billion, and adds $126.6 million for a total of $5 billion as follows:

  - Adds funding for the following programs:
    - $2.5 million in additional funding for Afterschool, for a total of $103.2 million.

- ■ $2 million in additional funding for Child Advocacy Centers, for a total of $7.2 million.
- ■ $1.9 million in additional funding for the Kinship Care program, for a total of $2.2 million.
- ■ $1.5 million in additional funding for the Youth Development Program, for a total of $15.6 million.
- ■ $1 million in additional funding for the Runaway and Homeless Youth Act program, for a total of $8.1 million.
- ■ $100,000 in additional funding for the Kinship Navigators, for a total of $320,500
- ○ Provides $12.1 million in funding for the following programs:
  - ■ $5 million for the Child Care Facilitated Enrollment program for families earning up to 85% SMI - New York City.
  - ■ $5 million for the Facilitated Enrollment Pilot Program for episodic workers and undocumented up to 400% FPL - Rest of State.
  - ■ $1.5 million for the Facilitated Enrollment Pilot Program for episodic workers and undocumented up to 400% FPL - New York City.
  - ■ $600,000 for the Child Care Facilitated Enrollment program for families earning up to 85% SMI - Rest of State.
- ○ Provides $105.5 million for legislative grants, as follows:
  - ■ $10 million for the Youth Sports Initiative.
  - ■ $9.5 million for human services and veterans community services organizations subject to Senate Resolution
  - ■ $5.55 million for the YMCA of Greater New York
  - ■ $4 million for Settlement Houses.
  - ■ $3.35 million for the Hispanic Federation.
  - ■ $2.4 million for 2-1-1 New York Inc.
  - ■ 2.15 million for Simon Wiesenthal Center.
  - ■ $1.6 million for Day One Learning
  - ■ $1.6 million for the Fresh Air Fund.
  - ■ $1.25 million for the NYS Alliance of Boys and Girls Clubs.
  - ■ $1 million for additional funding for Infant Toddler Mental Health Consultants.
  - ■ $1 million for Help Me Grow New York.
  - ■ $1 million for Safe Harbor
  - ■ $1 million for the NYS YMCA Foundation.
  - ■ $635,000 for Common Point Queens.
  - ■ $632,000 for Waterwell.
  - ■ $600,000 for the Metropolitan New York Coordinating Council on Jewish Poverty.

- $500,000 for Jewish Child Care Association.
- $500,000 for Stack Project Financial Literacy Center.
- $450,000 for the New Alternatives for Children.
- $400,000 for the Legal Services of the Hudson Valley - Housing and Kinship caregivers services.
- $400,000 for the Boys and Girls Club of Western New York.
- $350,000 for Bivona Child Advocacy Center.
- $350,000 for Little Haiti BK, Inc.
- $300,000 for Heart Share St. Vincent's Services.
- $280,000 for the Boys and Girls Club of Northern Westchester.
- $260,000 for the Westchester County Youth Bureau.
- $250,000 for Make the Road-Community Organizing Projects.
- $250,000 for the Chinese-American Planning Council.
- $250,000 for Junior Achievement of New York
- $250,000 for the Tri-Community Youth Agency.
- $250,000 for East Flatbush Village.
- $250,000 for West Indian Day Carnival Association
- $225,000 for the Association of NYS Youth Bureaus.
- $225,000 for Astor Services for Children and Families.
- $200,000 for Citizens Committee for New York City.
- $200,000 for Open Buffalo.
- $200,000 for the White Plains Youth Bureau-Grandpas United
- $200,000 for East River Development Alliance, Inc. - Urban Upbound.
- $200,000 for Bergen Basin Community Development Corporation.
- $200,000 for Children of Promise.
- $200,000 for ParentChild+.
- $200,000 for the Community Foundation of Herkimer and Oneida Counties, Inc.
- $175,000 for the Boys and Girls Club of Harlem.
- $175,000 for the Shalom Task Force, Inc.
- $151,667 for the Legal Services of Hudson Valley - LGBTQ+ services.
- $150,000 for the Boys and Girls Club of Western New York.
- $150,000 for El Centro Hispano.
- $150,000 for Center for Family Representation.
- $150,000 for Cornell ILR Buffalo Co-Lab.
- $150,000 for Greater Ithaca Activities Center.
- $150,000 for Riseboro
- $125,000 for the Center for Elder Law and Justice.
- $125,000 for the United Jewish organizations of Williamsburg.
- $100,000 for the Haitian American Community Center.

- $100,000 for Haitian Americans United for Progress.
- $100,000 for Beraca Community Development Corporation.
- $100,000 for Diaspora Community Services.
- $100,000 for the NYPD Youth Explorers Program.
- $100,000 for Brooklyn Community Service.
- $100,000 for Covenant House.
- $100,000 for Afikim Foundation.
- $100,000 for Afro Latin Jazz Alliance.
- $100,000 for Council of People's Organization, Inc.
- $100,000 for Family Justice Center of Erie County.
- $100,000 for the Fund for the City of New York- The New Pride Agenda.
- $100,000 for the Hispanic Heritage Cultural Institute
- $100,000 for the Buffalo Irish Center
- $100,000 for New Rochelle Boys and Girls Club.
- $100,000 for the Jewish Board.
- $100,000 for Konbit Neg LaKay Rockland County.
- $100,00 for the Kiryas Joel Social Services Organization
- $100,000 for Minkwon Center for Community Action, Inc.
- $100,000 for Pa'Lante Harlem Inc.
- $100,000 for Sesame Flyers
- $100,000 for Southside United HDFC/Los Sures.
- $90,000 Dominico American Society of Queens Inc.
- $75,000 for the Federation of Protestant Welfare Agencies.
- $75,000 for Fostering Youth Success Alliance.
- $75,000 for Fun in the Sun.
- $75,000 for the Fund for the City of New York Inc - Jamaica Bay Rockaway Conservancy Parks.
- $75,000 for South End Children's Cafe
- $75,000 for Young Parents United
- $65,000 for Fearless! (Safe Homes of Orange County).
- $50,000 for White Plains Youth Bureau-Grandpas United-Fatherhood Pilot.
- $50,000 for Braata Productions Corp.
- $50,000 for the Center for Advocacy Support and Transformation.
- $50,000 for Connect Center for Youth.
- $50,000 for the Flatbush Development Corp.
- $50,000 for JCC Rockland
- $50,000 for Long Island Cares.
- $50,000 for SCO Family of Services Madonna Heights School.
- $46,000 for Victor Community Services.

- $30,000 for Westchester Jewish Community Services.
- $30,000 for WIZkids Books B$ Basketball Program.
- $30,000 for St. Luke's Community Food Program.
- $20,000 for Extolling Excellence Foundation for Service and Scholarship, Inc.
- $20,000 for One Stop Richmond Hill Community Center.
- $17,000 for Pauline Walley Evangelistic Ministries Youth Program.
- $15,000 for Latina Moms Connect Inc.
- $10,000 for Hidden Gem Inc,
- $10,000 for Pakistani American Society of New York.
- $10,000 for St. Nicholas Chess $ Kids, Inc.[73]

*Article VII Proposal (S.8306-C)*

- Part G - The Adopted Budget modifies the Executive proposal to make the current reimbursement structure for residential placements of children with special needs outside of New York permanent to a one year extension of the current reimbursement structure.
- Part Y - The Adopted Budget includes language establishing differential payment rates of no less than ten percent for eligible child care providers who provide care to children experiencing homelessness or who provide care to children during non- traditional hours.

**City University of New York (CUNY)**

*State Operations (S.8300-D)*

- The Adopted Budget modifies the Executive All Funds recommendation of $3.3 billion and adds $53.9 million for a total of $3.3 billion as follows:
  - The Adopted Budget restores $5.6 million in funding for the following:
    - $2.5 million for the CUNY School of Labor and Urban Studies (Joseph Murphy).
    - $1 million for Nursing Program Expansion.
    - $1 million for Mental Health Services.
    - $750,000 for the Medgar Evers Dubois Bunche Center for Public Policy.
    - $350,000 for CUNY Law Haywood Burns Chair.
  - The Adopted Budget adds $48.3 million for the following:
    - $40 million for Senior College operating support.
    - $4 million for CUNY Medical School.
    - $1.6 million for the CUNY SEEK Program.
    - $1.2 million for the CUNY Black Male Initiative.
    - $500,000 for the CUNY Graduate School of Public Health and Policy Sexual Reproductive Justice Hub.
    - $500,000 for the CUNY Midwifery Program.

- ■ $350,000 for the CUNY Asian American/ Asian Research Institute.
- ■ $150,000 for CUNY's Mock Senate.

*Aid to Localities (S.8303-D)*
- ● The Adopted Budget modifies the Executive's All funds recommendation of $1.8 billion and adds $4 million for a total of $1.8 billion as follows:
  - ○ The Adopted Budget adds $4 million as follows:
    - ■ $4 million for Community College operating support.
    - ■ $81,000 for College Discovery.

*Capital Projects (S.8304-D)*
- ● The Adopted Budget modifies the Executive's All Funds recommendation of $441 million and adds $40 million for a total of $481 million as follows:
  - ○ The Senate adds $40 million for CUNY senior college capital.

**Civil Service, Department of**

*State Operations (S.8300-D)*
- ● The Adopted Budget concurs with the Executive recommendation of $97.8 million.

*Aid to Localities (S.8303-D)*
- ● The Adopted Budget concurs with the Executive recommendation of $2 million.

*Article VII Proposal (S.8305-C)*
- ● Part M  - The Adopted Budget modifies the Executive proposal to establish the first-in-nation paid prenatal leave by moving the leave from Paid Family Leave to paid sick/personal leave and reducing the amount of time from 40 hours to 20 hours, per the Executive's counter proposal.
- ● Part N  - The Adopted Budget intentionally omits the Executive proposal to increase short-term disability leave benefits. The Senate is open to addressing this issue outside of the context of the budget.
- ● Part Q  - The Adopted Budget modifies the Executive proposal to eliminate the Lag Payroll and Salary Withholding Program on July 1, 2024 by eliminating the lag payroll on July 1, 2025 to provide the OSC and other agencies additional time to work through operational adjustments. The elimination of the salary withholding program will be implemented without delay on July 1, 2024.
- ● Part S  - The Adopted Budget intentionally omits the Executive proposal to eliminate reimbursement of the Medicare Income Related Monthly Adjustment Amounts to public retirees and their dependents in the New York State Health Insurance Program.

- Part T - The Adopted Budget intentionally omits the Executive proposal to require that any corporation, district, agency, or organization participating in the NYSHIP plan be required to pay interest for any late payment, and to allow the Director of the Budget to intercept any funds paid by the State and direct such funds to the state health insurance fund.
- Part GG - The Adopted Budget includes language to extend the retiree earnings limitation waiver for retirees who return to work as school employees for one year. This provision is scheduled to sunset on June 30, 2024.
- Part HH - The Adopted Budget includes language to extend the presumption that any disability or death resulting from heart disease was incurred in the performance and discharge of duties to university police officers appointed by the State University of New York.
- Part II - The Adopted Budget includes language to increase the salary used for determining pension benefits for first grade NYPD officers who have served in such rank for 25 or 30 years to salaries equivalent to third grade detective or sergeant, respectively.
- Part JJ - The Adopted Budget includes language to allow police officers in the NYC Department of Environmental Protection who have transferred or will transfer from the New York City Employees Retirement System (NYCERS) to the New York State Police & Fire Retirement System (NYSPFRS) to transfer service credit earned in NYCERS towards their membership in the NYSPFRS.
- Part KK - The Adopted Budget includes language to extend the provision to exclude overtime from Tier 6 pension contribution calculations to March 31, 2026. This provision is scheduled to sunset on March 31, 2024.
- Part LL - The Adopted Budget includes language to establish a twenty-five year retirement plan for New York City Fire Protection Inspectors.

## Commission of Correction, State

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $4.1 million.

## Corrections and Community Supervision, Department of

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $3 billion.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $39 million and adds $1 million, for a total of $40 million as follows:

○ $1 million for visitor transportation to be provided to and from State correctional facilities

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $563.4 million.

*Article VII Proposal (S.8305-C)*
- The Adopted Budget accepts the Executive proposal to provide at least 90 days' notice of the closure of up to five correctional facilities by March 31, 2025.

**Council on the Arts**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $6 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive All Funds recommendation of $44 million, and adds $45 million for a total of $89 million as follows:
  ○ The Adopted Budget restores $45 million for the following:
    - $40 million for Arts Grants.
    - $1 million for small and mid-sized arts organizations.
    - $500,000 for Arts Westchester
    - $500,000 for Arts Services Initiatives of Western New York.
    - $500,000 for Arts Mid-Hudson.
    - $500,000 for Huntington Arts Council.
    - $500,000 for the Arts Center of the Capital Region.
    - $500,000 for Genesee Valley Council on the Arts
    - $500,000 for CNY Arts.
    - $250,000 for Auburn Public Theater.
    - $250,000 for Earlville Opera House.

*Capital Projects (S.8304-D)*
- The Adopted budget modifies the Executive All Funds recommendation of $50 million and adds $50 million for a total of $100 million as follows:
  ○ The Adopted Budget adds $50 million for the following:
    - $30 million for Arts Grants.
    - $10 million for the Brooklyn Museum.
    - $10 million for the Museum of Natural History.

**Criminal Justice Services, Division of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $93.4 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $609.5 million and adds $37 million, for a total of $646.5 million as follows:
  - $8.3 million for various Assembly legislative grants
  - $7.2 million for various Senate Legislative Grants
  - $4.2 million for Prisoners' Legal Services, $2.1 million sponsored by the Senate
  - $3.5 million for Upstate Legal Services
  - $2.8 million for Westchester County Policing
  - $2.5 million carveout for the Community Violence Intervention grants for the Senate
  - $2.1 million for the New York State Defenders Association
  - $1.5 million for additional Operation SNUG grants
  - $1.4 million carveout for Legal Services Assistance grants sponsored by the Senate
  - $375,000 for New York County Defender Services Inc
  - $125,000 for Center for Family Representation
  - $300,000 for Brooklyn Legal Services
  - $390,000 for Mobilization for Justice
  - $250,000 for Firemen's Association of the State of NY
  - $225,000 for John Jay College (Prison to College Pipeline)
  - $200,000 for Treatment Alternatives for Safer Communities of the Capital District
  - $180,000 for Osborne Association Inc (Familyworks Program in Buffalo)
  - $160,000 for Capital District Women's Bar Association Legal Project Inc,
  - $300,000 for Bard College (Prison Initiative)
  - $300,000 carveout for the Edward Byrne Justice Assistance Grants sponsored by the Senate
  - $135,000 for Housing Court Answers
  - $100,000 for Bronx Legal Services (Legal Services NYC)
  - $100,000 for Center for Justice Innovation Inc (Redhook Community Justice Center)
  - $100,000 for Cornell University (Criminal Justice Employment Initiative)
  - $100,000 for Greenburger Center for Social and Criminal Justice
  - $100,000 for Opportunities for a Better Tomorrow Inc
  - $100,000 for Richmond County District Attorney's Office
  - $100,000 for Pace University (Pace Women's Justice Center)

○ $90,000 for Legal Services of the Hudson Valley (Domestic Violence Project)

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $85 million.

*Article VII Proposal (S.8305-C)*
- Part A - The Adopted Budget modifies the Executive proposal to enhance penalties on assaulting a retail worker by creating the crime of Assault on a Retail Worker.
- Part B - The Adopted Budget modifies the Executive proposal to create the crime of Fostering the Sale of a Stolen Good.
- Part C - The Adopted Budget modifies the Executive proposal to expand the list of specified offenses under the Hate Crimes statute.
- Part Z - The Adopted Budget adds the creation of a new crime of Aggravated Harassment of a Transit Worker.
- AA - The Adopted Budgets adds technical amendments to proceedings involving juvenile and adolescent offenders to conform to the Rape statutes.
- FF - The Adopted Budget adds language allowing for the aggregation of multiple retail theft crimes.

## Deferred Compensation Board

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $1 million.

## Dormitory Authority of the State of New York

*Article VII Proposal (S.8308-C)*
- Part U - The Adopted Budget intentionally omits the Executive proposal to grant omnibus DASNY authorization for certain projects.
- Part V - The Adopted Budget modifies the Executive proposal to extend DASNY's authorization to create subsidiaries for medical facilities for two years rather than three.

## Economic Development, Department of

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $33.2 million.

- The Adopted Budget modifies the Executive recommendation of $67.2 million, and adds $4.9 million for a total of $72.1 million as follows:

- ○ Adds funding for the following programs:
  - ■ $1.9 million in additional funding for the Centers of Excellence, for a total of $14 million, providing $1 million to each center.
  - ■ $1.4 million in additional funding for the Centers for Advanced Technology, for a total of $15 million, providing $1 million to each center.
  - ■ $1 million in additional funding for Tourism Matching Grants, for a total of $3.5 million.
  - ■ $250,000 to establish an Eastern NY Satellite of the Center Of Excellence in Food and Agriculture Innovation.
  - ■ $250,000 to establish a Centers of Excellence in RNA research and therapeutics at the Universities of Albany and the University of Rochester.

*Article VII Proposal (S.8308-C)*
- Part Y – The Adopted Budget modifies the Executive proposal to extend the Minority and Women-owned Business Enterprise (MWBE) program by extending the program until July 1, 2025.

**Education Department, New York State**

*State Operations (S.8300-D)*
- The Legislature modifies the Executive recommendation of $688.5 million and adds $8.7 million, for a total of $697.2 million, as follows:
  - ○ Restores $150,000 for Rochester District Fiscal Consultant.
  - ○ Adds $8.5 million for the following:
    - ■ $4 million to update the English as a Second Language Achievement Test.
    - ■ $1.2 million for Summer School for the Arts.
    - ■ $934,000 for the Charter School Office.
    - ■ $865,000 to administer grants from the American Rescue Plan.
    - ■ $500,000 for Holocaust curriculum materials.
    - ■ $500,000 to translate State required assessments.
    - ■ $400,000 for the development of a financial literacy curriculum.
    - ■ $150,000 for a dyslexia taskforce.

*Aid to Localities (S.8303-D)*
- The Senate modifies the Executive recommendation of $44.9 billion, and adds $531.2 million, for a total $45.5 billion, as follows:
  - ○ Restores:
    - ■ $14.3 million for teacher resource centers.
    - ■ $12 million for Yonkers School District.
    - ■ $5 million for arts instruction for nonpublic schools.

- $2 million for tax certiorari assistance.
- $2 million for Postsecondary Students with Disabilities.
- $1.9 million for Mandated Services Aid at nonpublic schools.
- $1.5 million carveout for consortium for workforce education.
- $1.2 million for Buffalo School District health services.
- $1.2 million for Rochester School District health services.
- $1.1 million for NYSUT Many Threads, One Fabric.
- $1 million for nonpublic school vaccination recordkeeping.
- $903,000 for Henry Viscardi School for the Deaf.
- $903,000 for New York School for the Deaf.
- $750,000 for Long Island Pre-K Initiative.
- $750,000 for NY Dental Grants Program.
- $650,000 for NYC Kids Rise.
- $500,000 for Cleary School for the Deaf.
- $500,000 for Mill Neck Manor School for the Deaf.
- $500,000 for SUNY Albany Center for Autism.
- $500,000 for Buffalo teacher diversity pipeline.
- $500,000 for Center for Educational Innovation.
- $461,000 for Bard Early College High School Queens.
- $400,000 for BioBus.
- $385,000 for a bilingual teacher institute.
- $350,000 for Latino U College Access (LUCA).
- $250,000 for Consortium for Worker Education credentialing.
- $250,000 for City of New York Promise Project.
- $250,000 for Universal Hip Hop Museum.
- $250,000 for Townsend Harris High School Bridge Program.
- $240,000 for Future Giants.
- $225,000 for East Ramapo District Monitor.
- $200,000 for On Point for College.
- $175,000 for Hempstead District Monitor.
- $175,000 for Rochester District Monitor.
- $175,000 for Wyandanch District Monitor.
- $150,000 for DIA Art Foundation.
- $150,000 for Underground Railroad Education Center.
- $150,000 for BRIC Arts Media.
- $150,000 for St. Francis School for the Deaf.
- $150,000 for St. Mary's School for the Deaf.
- $100,000 for Cultural Museum of African Art.
- $100,000 for Center for Jewish History.

- ○ Adds:
  - ■ $429.7 million for Foundation Aid.
  - ■ $246.6 million reflecting the February Database update.
  - ■ $15 million for distribution by the Executive.
  - ■ $15 million for distribution via resolution (Assembly).
  - ■ $14.5 million for distribution via resolution (Senate).
  - ■ $10 million for My Brother's Keeper.
  - ■ $5 million for nonpublic transportation after 4pm.
  - ■ $2.5 million for nonpublic STEM.
  - ■ $2.1 million for Higher Education Opportunity Programs.
  - ■ $2 million for Amityville School District.
  - ■ $1.7 million for library operating aid.
  - ■ $1.7 million for Mind Builders Creative Arts Center.
  - ■ $1.5 million for Schools for the Deaf and Blind.
  - ■ $1.1 million for Liberty Partnerships Program.
  - ■ $1 million for Executive Leadership Institute.
  - ■ $1 million for Lavelle School for the Blind.
  - ■ $954,000 for Science and Technology Entry Program (STEP).
  - ■ $903,000 for Lexington School for the Deaf.
  - ■ $750,000 for independent living centers.
  - ■ $723,000 for Collegiate Science and Technology Entry Program (CSTEP).
  - ■ $632,000 for Professional Performing Arts School NYC.
  - ■ $500,000 for Dolly Parton Imagination Library program.
  - ■ $500,000 for adult literacy education.
  - ■ $500,000 for United Community Schools.
  - ■ $500,000 for nonpublic school academic intervention services.
  - ■ $500,000 for Magellan Foundation.
  - ■ $362,000 for the Foster Youth Initiative.
  - ■ $300,000 for Rochester School for the Deaf.
  - ■ $250,000 for Center for Disaster Medicine at NY Medical College.
  - ■ $200,000 for Education Through Music.
  - ■ $150,000 for Project Witness.
  - ■ $125,000 for Oneida Herkimer Madison BOCES.
  - ■ $125,000 for Schomburg Library.
  - ■ $125,000 Evander Childs Educational Campus.
  - ■ $120,000 for Bronx Bethany Community Corporation.
  - ■ $100,000 for Hillside Children's Center.
  - ■ $100,000 for Holocaust & Human Rights Education Center.
  - ■ $100,000 for Global Kids.
  - ■ $75,000 for Storm King Arts Center.

- - - - ■ $55,000 for Langston Hughes Library.
      - ■ $50,000 for Long Island Latino Teachers Association.
      - ■ $50,000 for Organizacion Latino Americana of Eastern Long Island.
      - ■ $50,000 for Auschwitz Jewish Center Foundation.
  - ○ Redirects:
    - ■ $100 million in unallocated funds to the school-aid run.

*Capital Projects (S.8304-D)*
- The Legislature modifies the Executive recommendation of $114.2 million and adds $75 million, for a total of $189.2 million, as follows:
  - ○ Adds:
    - ■ $30 million for schools for the blind and deaf
    - ■ $25 million for nonpublic school health and safety projects.
    - ■ $10 million for the State Museum.
    - ■ $10 million for library construction.

*Article VII Proposal (S.8306-C)*
- Part A -- The Adopted Budget modifies the Executive proposal related to school aid to:
  - ○ Accept the Contracts for Excellence extender for the 2023-2024 school year;
  - ○ Modifies the inflationary factory changes of Foundation Aid, and sets the value for the 2024-25 School Year to 2.8 percent;
  - ○ Intentionally omit the elimination of hold harmless Foundation Aid;
  - ○ Accept increasing the State Sharing Ratio of Foundation Aid to 91 percent for 2024-25;
  - ○ Add a foundation aid study to examine, evaluate, and recommend potential modifications to the calculation of Foundation Aid;
  - ○ Establish multi-year cost allowance for one project to the the Binghamton City School District;
  - ○ Accept proposal that excludes Environmental Bond Act funds for the transition to zero emission buses from being considered revenue when calculating Transportation Aid;
  - ○ Establish the New York State Zero-Emission School Bus Resource Center within NYSERDA that is required to provide information for school districts regarding the transition to zero-emission school buses and serve as a point of contact for questions and concerns from school districts;
  - ○ Add a UPK Consolidation of Funding Streams Report to provide methods to consolidate and align the various funding streams and requirements of UPK programs;
  - ○ Accept the removal of the small city debt limit for building aid emergency construction;

- ○ Accept the amendments to the Smart Schools Investment Plan approval process;
- ○ Accept five-year extender of the Teacher of Tomorrow program;
- ○ Provide a one-year extension of the special education class size variance and waiver;
- ○ Provide an allocation for Consortium for Worker Education reimbursement for the 2024-25 school year to $13 million.
- ○ Codify the reimbursement schools would otherwise receive for buying local foods if not participating in the Community Eligibility Provision;
- ○ Accept the extension of the tuition rate setting methodology report to July 1, 2027.
- Part B -- The Adopted Budget modifies the Executive proposal on the science of reading and literacy by extending the timeframe SED has to establish the best practices of the science of reading,  requires a one time certification by school districts that their curriculum is in compliance with SED's best practices, requires school districts to annually review their curriculum to ensure curriculum is in alignment with best practices, provides definitions of the science of reading would be defined through regulations by SED, and  removes the enforcement provisions using article 78 and 310 appeals.
- Part C -- The Adopted Budget modifies the Executive financial aid completion proposal by directing the Commissioner of Education to require all school districts to ensure the verification that students apply for FAFSA, NYS DREAM Act, or complete a waiver choosing to not apply. School districts would have to report annually to SED on students who have applied for financial aid, and notify seniors twice of their financial aid options.
- Part D - The Adopted Budget accepts the Executive's proposal to limit the maximum endowment eligibility for BUNDY aid to independent colleges and universities to $750 million.
- Part VV: The Adopted Budget adds a proposal requiring the Office of Children and Family Services to complete a study which will evaluate and report on the feasibility of providing after-school programming and care to all school-aged children
- Part ZZ -- The Adopted Budget modifies the Executive proposal to extend mayoral accountability by extending for two years,  increasing the PEP from 23 to 24 members by adding an independent chair that may serve two one-year terms. The Mayor must choose the chair from three nominations, one provided by the Senate, one by the Assembly, and one by the Board of Regents. This proposal further strengthens the New York City maintenance of effort requirement and includes provisions to enforce such requirement. Lastly, this proposal provides that CEC members must be elected by a margin of at least one vote.

*Article VII Proposal (S.8306-C)*
- Part E - The Adopted Budget rejects the Executive proposal to Authorize the sharing of student data with the Higher Education Services Corporation (HESC), the State

University of New York (SUNY), or the City University of New York (CUNY) for educational and financial aid purposes.

**Elections, State Board of**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $31 million and adds $2.5 million for a total of $33.5 million as follows:
  - $2.5 million to establish and support the Dr. John L. Flateau Voting Rights and Elections Database of New York (ELFA Part LL).

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $112.7 million and adds $5 million for a total of $117.7 million as follows:
  - $5 million to local Boards Elections for temporary staff, public awareness campaigns, and other expenses related to the November 2024 election.

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $14.7 million.

*Article VII Proposal (S.8306-C)*
- Part LL - The Adopted Budget establishes the Dr. John Flateau New York Voting Rights and Elections Database of New York.

**Empire State Development Corporation**

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $307.9 million, and adds $17.2 million for a total of $325.1 million as follows:
  - Adds $365,000 in additional funding for the Minority and Women-Owned Business Development lending program, for a total of $1 million.
  - Provides $16.8 million in legislative grants, including:
    - $5 million for Alive! Downtown.
    - $1 million for economic development community services organizations subject to Senate Resolution
    - $1 million for Brooklyn Academy of Music
    - $1 million for Stony Brook Medicine's National Cancer Institute.
    - $1.3 million for CenterState CEO
    - $800,000 for Brooklyn Chamber of Commerce (Brooklyn Alliance)
    - $750,000 for Rochester Monroe County Anti Poverty Initiative
    - $700,000 for Bronx Overall Economic Development Corporation.

- $650,000 for Queen Chamber of Commerce
- $350,000 for CNY on Camera
- $300,000 for New York Women's Chamber of Commerce
- $300,000 for Adirondack Sports Council.
- $300,000 for Finger Lakes Tourism Alliance
- $225,000 for North Country Chamber of Commerce.
- $150,000 for Association of Community Employment Programs.
- $150,000 for Hoosick River Partnership.
- $150,000 for Syracuse Jazz Fest Productions, Inc
- $150,000 for Harlem Week, Inc.
- $150,000 for Manhattan Chamber of Commerce
- $150,000 for Greater Harlem Chamber of Commerce
- $150,000 for Bronx Chamber of Commerce
- $150,000 for Queens Economic Development Corporation
- $140,000 for Kingsbridge Riverdale Van Cortland Development Corporation.
- $125,000 for ArtsNY, Inc.
- $100,000 for Brooklyn Neighborhood Improvement Association.
- $100,000 for Staten Island Chamber of Commerce
- $100,000 for Buffalo Niagara Partnership.
- $100,000 for Adirondack North Country Association.
- $100,000 for Arts Services Initiative of Western New York, Inc
- $100,000 Downtown Syracuse Foundation, Inc
- $75,000 for Yonkers Downtown Waterfront Business Improvement District
- $75,000 for People Theatre Project
- $65,000 for Buffalo Heritage Carousel Inc
- $50,000 for Orange County Chamber of Commerce
- $50,000 for Staten Island Economic Development Corporation.
- $50,000 for Hampton Bays Chamber of Commerce
- $50,000 for Cayuga County Chamber of Commerce
- $50,000 for Ulster County Chamber of Commerce
- $50,000 for Columbia Chamber of Commerce
- $50,000 for Greene Chamber of Commerce
- $50,000 for Dutchess Chamber of Commerce
- $50,000 for Greater Rochester Chamber of Commerce
- $50,000 for Business Council of Westchester
- $50,000 for Suffolk County Alliance of Chambers
- $50,000 for Amherst Chamber of Commerce
- $50,000 for Greater Binghamton Chamber of Commerce

- ○ $50,000 for Cortland Area Chamber of Commerce
- ○ $50,000 for Tompkins County Chamber of Commerce

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive recommendation of $1.9 billion and adds $69.5 million for a total of $2 billion as follows:
  - ○ Adds funding for the following programs:
    - ■ $10 million for Hip Hop Museum
    - ■ $10 million for Hunts Point Meat Market
    - ■ $10 million for MiSci Museum of Innovation and Science
    - ■ $10 million for Brooklyn Museum
    - ■ $10 million for The American Museum of Natural History
    - ■ $10 million for New York First
    - ■ $6 million for Bulkhead Improvements - Rondout Creek
    - ■ $3.5 million for Hispanic Federation

*Article VII Proposal (S.8308-C)*
- Part X – The Adopted Budget accepts the Executive proposal to increase the individual cap on grants to Entrepreneurial Assistance Centers from $175,000 to $250,000.
- Part Z – The Adopted Budget modifies the Executive proposal to extend Urban Development Corporation's authorization to administer the Empire State Development Fund (EDF) for an additional 3 years by extending the authorization for 1 year, to July 1, 2025.
- Part AA – The Adopted Budget modifies the Executive proposal to extend the general loan powers of the Urban Development Corporation to make loans in connection with a broad range of economic development programs for an additional 3 years by extending the authorization of 1 year, to July 1, 2025.
- New Part OO - The Adopted Budget allows Regional Economic Development Council awardees to certify in that they maintain internship programs.
- New Part TT – The Adopted Budget adds a proposal to establish the Empire AI Consortium.

**Employee Relations, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $15.98 million.

**Energy Research and Development Authority**

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $25.8 million.

*Article VII Proposal (S.8308-C)*
- Part M – The Adopted Budget modifies the Executive proposal to extend NYSERDA's Build-Ready program by six years by adding energy storage projects, protections for agricultural lands, and provisions relating to agrivoltaics on reclaimed farmland and dormant energy sites.
- Part N – The Adopted Budget accepts the Executive proposal to extend the NYSERDA's $28.7 million annual assessment on gas and electric corporations to April 1, 2025.
- New Part QQ – The Adopted Budget advances a new proposal directing NYSERDA to study electric vehicle charging infrastructure and develop needs assessment for highway and depot charging across the state.

**Environmental Conservation, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $579.1 million and adds $11 million, for a total of $590.1 million, as follows:
  - $7 million for Fish, Wildlife and Marine Resources.
  - $2 million for Forests and Land Resources.
  - $2 million for Air and Water Quality Management.

- The Adopted Budget modifies the Executive recommendation of $1.7 million, and adds $2.8 million for a total of $4.5 million, including the following:
  - The Adopted Budget restores $1.3 million for the following:
    - $500,000 for the Great Lakes Commission
    - $250,000 for the Buffalo Niagara Waterkeeper
    - $200,000 for Environmental Leaders of Color
    - $140,000 for the Hope program
    - $120,000 for the Adirondack Diversity Initiative
    - $55,000 for the Interstate Environmental Commission
    - $50,000 for the Catskill Center for Conservation & Development
    - $50,000 for the Catskill Moutainkeeper
  - The Adopted Budget adds $1 million for the following:
    - $350,000 for the Jamaica Bay-Rockaway Parks Conservancy
    - $300,000 for the Great South Bay

- ■ $250,000 for Scenic Hudson
- ■ $125,000 for the Long Island City Coalition

*Capital Projects (S.8304-D)*
- ● The Adopted Budget modifies the Executive recommendation of $1.6 billion, and adds $260 million for a total of $1.9 billion, as follows:
  - ○ The Adopted Budget restores $250,000,000 for the Clean Water Infrastructure Act
  - ○ The Adopted Budget modifies the Environmental Protection Fund (EPF) by eliminating staff and miscellaneous funding.
    - ■ Restores funding for zoos, botanical gardens, and aquaria; municipal parks; and farmland protection.
    - ■ Increases funding for Cornell CALS & ESF Climate and Applied Forestry Institute; land acquisition; Finger Lake-Lake Ontario watershed; Lake Erie-Niagara River Basin; and Adirondack & Catskill visitor safety & wilderness protection.
  - ○ The Adopted Budget adds:
    - ■ $10 million for State Financial System upgrades.
    - ■ $10.9 million for Village of Mamaroneck Dam

*Article VII Proposal (S.8308-C)*
- ● Part S – The Adopted Budget modifies the Executive proposal to increase the state share for Climate Smart Communities grants for disadvantaged communities and communities experiencing financial hardship by clarifying financial hardship criteria.
- ● Part T – The Adopted Budget modifies the Executive proposal to increase fees for stationary sources of air pollution by omitting the fee increases on air facility registrations and state facility permits and reducing Title V facility fee increases. The Adopted Budget modifies the Executive proposal to implement additional pollution fees on Title V facilities to focus on applicable federal Clean Air Act compliance. It also establishes an Air Quality Improvement Fund to benefit disadvantaged communities and other communities negatively impacted by air pollution, composed of revenues from such Clean Air Act pollution fees and designated for air pollution mitigation projects.

**Ethics and Lobbying in Government, Commission on**

*State Operations (S.8300-D)*
- ● The Adopted Budget concurs with the Executive recommendation of $8.1 million.

**Executive Chamber**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $23.3 million.

**Financial Control Board**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $3.5 million.

**Financial Services, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $457.2 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $76.8 million and adds $250,000 for a total of  $77 million as follows:
  - $250,000 to the Community Service Society of New York to support the Education Debt Consumer Assistance Program (EDCAP).

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $60 million.

*Article VII Proposal (S.8308-C)*
- Part BB – The Adopted Budget accepts the Executive proposal to extend the Assistance Demonstration Project for Displaced Workers for an additional year.
- Part CC – The Adopted Budget intentionally omits the Executive proposal to provide an additional regulatory structure for Buy Now, Pay Later loans.
- Part DD – The Adopted Budget intentionally omits the Executive proposal to make changes to supplemental spousal liability coverage.
- Part EE – The Adopted Budget accepts the Executive proposal to eliminate cost sharing for insulin in commercial health insurance policies.
- Part FF – The Adopted Budget intentionally omits this part and moves it to S.8306 Part JJ.
- Part HH – The Adopted Budget intentionally omits the Executive proposal to impose higher penalties on health insurance companies that willfully violate mental health parity laws and regulations.

- Part II – The Adopted Budget intentionally omits the Executive proposal to allow financial institutions to place holds on transactions that they believe involve financial exploitation of seniors or an adult individual with a mental or physical impairment.
- Part LL – The Adopted Budget modifies the Executive proposal to modernize the life insurance guaranty fund by requiring equivalent assessments between for-profit and not-for-profit member companies and requiring the issuance of tax credits by March 31st of the year such assessments occur.
- Part NN – The Adopted Budget accepts the Executive proposal to require prior approval of any changes in motor vehicle insurance rates relating to for-hire vehicles and permanently extends DFS's authority to approve for-hire vehicle insurance rates.

**Gaming Commission**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $111.4 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with the Executive recommendation of $262.0 million.

*Article VII Proposal (S.8309-B)*
- Part O - The Adopted Budget modifies the Executive proposal to authorize the use of capital funds by Capital Off-Track Betting Corporation (Capital OTB) for one year to provide similar authorization to the Catskill OTB.
- Part P - The Adopted Budget accepts the Executive proposal to extend pari-mutuel tax rates and simulcast provisions for one year.
- New Part R - The Adopted Budget includes language to extend the provisions of the Jockey Insurance Compensation Fund (JICF) through Calendar Year 2027.
- New Part S - The Adopted Budget includes language related to licensing provisions that will allow the Belmont Stakes to be held at the Saratoga Race Course during Calendar Years 2024 and 2025.

**General Services, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $1.10 billion.

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with the Executive recommendation of $15 million.

*Capital Projects (S.8304-D)*

- The Adopted Budget concurs with the Executive recommendation of $259.7 million.

## General State Charges

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $7.9 billion and adds $84.5 million for a total of $7.9 billion as follows:
  - $57 million for the inclusion of changes to the calculation of Tier 6 Final Average Salary
  - $25.7 million for the rejections of: PPGG Part S cease reimbursement of the Medicare Income Related Monthly Adjustment Amounts (IRMAA); and PPGG Part T NYSHIP Interest and Intercept for Premiums in Arrears.
  - $4 million for PPGG Part KK Overtime Extender for Tier 6
  - $2.5 million for the rejection of PPGG Part R Market-Based Interest Rate on Court Judgments
  - $322,000 for Sojourner Truth State Park PILOT
  - Removes $5 million for outside counsel

## Green Thumb

*State Operations (S.4000-D)*
- The Adopted Budget concurs with the Executive recommendation of $5.7 million.

## Greenway Heritage Conservancy of the Hudson River Valley

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $266,000.

## Health, Department of

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $3 billion and adds $695.4 million for a total of $3.7 billion as follows:
  - $695 million for the Federal Essential Plan
  - $425,000 add for Hospital Audits

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $116.7 billion and adds $1.5 billion for a total of $120.8 billion as follows:

*Public Health*
- $40 million restoration for Excess Medical Malpractice program
- $23.3 million increase for Hunger prevention Nutrition Assistance Program
- $10 million increase for Occupational Health Clinic Networks
- $10.1 million for the restoration of Public Health Programs
  - $3.5 million for Empire Clinical Research Investigator Program (ECRIP)
  - $3.3 million for Enhance the Quality of Adult Living (EQUAL)
  - $1.4 million for Rabies treatment, research and prevention
  - $990,000 for Professional Medical Conduct Physician Committee
  - $430,000 for Health Promotion Initiatives
  - $380,000 for Enriched Housing program
  - $70,000 for Tick Borne Diseases programs and services
- $7.5 million for United Way of Greater New York (Preventative Care Access Initiative)
- $5 million for Hispanic Federation Inc.
- $5 million for Native American Health Clinics
- $5 million for Maternal Health Grant programs
- $4.3 million increase for Nourish, NY
- $3.8 million for School Based Health Centers (SBHC) (Senate: $1.9 million)
- $3 million for Children's Rehabilitation Center Inc (Elizabeth Seton Children's Rehabilitation Center)
- $1.3 million for Community Service Society of NY for Community Health Advocates Consortium Health (Senate: $1 million)
- $1.3 million for Diversity in Medicine (Senate: $750,000)
- $1.3 million for Transgender and Gender Non-Conforming Wellness and Equity Fund (Senate: 750,000)
- $1.1 million for Rural Health Access Development and Rural Health Network Development (New York State Association for Rural Health Inc)
- $1 million for Family Planning Services (Senate:$500,000)
- $1 million for Nurse Family Partnership (Senate:$500,000)
- $1 million for Senate Legislative Lump Sum Grants
- $1 million for Abortion Medication Grants
- $830,000 for Sickle Cell Anemia
- $525,000 for AFYA Foundation
- $525,000 for HIV/AIDS Multi-Service Agencies (MSA)
- $500,000 for Alliance for Donation (Donate Life)
- $500,000 for Area Health Education Centers (AHEC)
- $500,000 for New York Common Pantry
- $500,000 for Sickle Cell Programs pursuant to a Senate Resolution
- $475,000 for LGBT Health and Human Service Network, Inc
- $450,000 for Primary Care Development Corporation

- $409,000 for Finger Lakes Health Systems Agency- Restoration
- $400,000 for New Alternatives for Children
- $388,000 for Cystic Fibrosis
- $365,000 for Alzheimer's Disease Resource Center, Inc
- $300,000 for Tompkins County (Rapid Medical Response)
- $263,000 for HIV/AIDS - Community Service Programs (CSP)
- $262,500 for Aids Institute for Additional Grants
- $250,000 for ALS Association (Greater New York Chapter)
- $250,000 for Community Doula Expansion Grant Program
- $250,000 for Comunilife
- $250,000 for Safe Motherhood
- $215,000 for Health Promotion Initiatives
- $209,071 Suicide Prevention and Crisis Services (Crisis Services for Buffalo and Erie County)
- $200,000 for Council of Senior Centers and Services of New York Inc (LiveOn Rise Program)
- $200,000 for Nurse Family Partnership - Nassau
- $175,000 for Adelphi NY Statewide Breast Cancer Hotline (Adelphi University)
- $163,000 for the Long Term Care Community Coalition (LTCCC)
- $150,000 for Andrus (Julia Dyckman Andrus Memorial Inc)
- $150,000 for Brain Injury Association of New York State (Brain Injury Alliance for Continuum of Care Program)
- $150,000 for Breast Cancer Coalition of Rochester
- $150,000 for Coalition for the Institutionalized, Aged, and Disabled
- $150,000 for VETSmile Dental Clinic
- $150,000 for Bein Ish Ubein Uchiv
- $125,000 for New York State dental Association (NYSDA)
- $100,000 for Aids Institute Community Resource Health Q Center
- $100,000 for American Parkinson's Disease Association
- $100,000 for Lighthouse Guild
- $100,000 for Maternal Depression Peer Support Program
- $100,000 for Urban HealthPlan
- $100,000 for Caribbean Women's Health Association
- $100,000 for Morris Heights Health Center
- $90,000 for International Lymphatic Disease Patient Registry and Biorepository
- $87,500 for Brain Injury Association of New York State (Athletic trainer and brain injury association, concussion outreach prevention and education)
- $87,500 for Brain Injury Association of New York State (concussion outreach prevention and education)
- $84,000 for NYS Coalition for School Based Health Centers

- $75,000 for Spina Bifida Association of Northeast NY
- $50,000 for Academy of Medical and Public Health Services
- $50,000 for Broome County Council of Churches
- $50,000 for Island Harvest Food Bank
- $30,000 for Choice Matters
- $25,000 for Medicare Rights Center

*Medicaid*
- $800 million State-Share for Financially Distressed Hospitals (FDHs) and Safety-Net Hospitals Transformation
- $350 million State-Share for Medicaid Rate Increases, includes Hospitals, Nursing Homes and Assisted Living Providers, (ALPs).
- $200 million State-Share increase to support restoration of the Consumer Directed Personal Assistance program (CDPAP) Wage Parity
- $50 million to support restoration of Managed Long-Term Care Quality Pool and Mainstream Managed Care Quality Pool
- $1.1 million to support 10% Capital Rate Add-on increase for Pediatric Nursing Home

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive recommendation of $519.2 million and adds $3.3 million for a total of $522.5 million as follows:
  - $3.3 million for the EQUAL (Enhancing the Quality of Adult Living) program

*Article VII Proposal (S.8306-C)*

- New Part PP – The Adopted Budget includes a proposal to create the Reproductive Health and Equity Grant Program to provide funding for abortion providers and non-profit entities to support increased access to abortion.

*Article VII Proposal (S.8307-C)*
- Part A – The Adopted Budget accepts the Executive proposal to extend the Medicaid Global Cap through FY 2026.
- Part B – The Adopted Budget modifies the Executive proposal to extend the following healthcare laws to the following:
  - Provisions allowing Medicaid coverage for children who are 19 or 20 years old and living with their parents who meet certain criteria, through October 1, 2029
  - The authority of the Commissioner of Mental Health, in consultation with the Commissioner of Health, to certify Mental Health Special Needs Plans, through March 31, 2030

- ○ The issuance of certificates of authority for accountable care organizations, through December 31, 2028
- ○ The authority of the Commissioner of Health to issue Certificates of Public Advantage (COPAs) exempting certain hospital mergers and collaborative efforts from antitrust rules, through December 31, 2028
- ○ Provisions requiring payment parity for commercial and Medicaid services provided via telehealth, through April 1, 2026
- ○ Provisions allowing managed care organizations to affiliate with an entity controlled by non-profit organizations to provide care coordination services, through December 31, 2029
- ○ The Opioid Stewardship Act, through June 30, 2029
- ○ The authorization for the Statewide Medicaid Integrity and Efficiency Initiative to achieve audit recoveries from fraud, waste, and abuse, through March 31, 2026
- ○ The authorization for the Commissioner of Health's audit power to review residential healthcare facilities energy efficiency and disaster preparedness, through July 1, 2027
- ○ The authorization for the Department of Health, Office of Mental Health, Office for People with Developmental Disabilities, and Office of Addiction Services and Supports to waive any regulations pertaining to providers involved in the Delivery System Redesign Incentive Payment (DSRIP) projects, or authorized replication and scaling activities, to avoid duplicative requirements, through April 1, 2026
- ○ Provisions requiring the notice of closure or transfer of a state-operated individualized residential alternative, through March 31, 2026
- ○ The authorization for the Office for People With Developmental Disabilities (OPWDD) to establish the Care Demonstration Program at OPWDD's discretion, through March 31, 2026
- ○ The authorization for the Department of Health to establish the New York State Adult Cystic Fibrosis Assistance Program, through March 31, 2025
- Part C – The Adopted Budget modifies the Executive proposal to change school psychologists practice authorizations by extending for one year their temporary authorization to practice as Early Intervention (EI) providers and for two years their approval to offer non-EI services in specific preschool programs.
- Part D – The Adopted Budget accepts the Executive proposal to increase the current 10 percent reduction to the capital rate add-on for hospitals to 20 percent, extend the Distressed Provider Assistance Program for an additional three years, and align the Upper Payment Limit statute with calendar years instead of the state fiscal year.
- Part E – The Adopted Budget modifies the Executive proposal to make nursing home reforms by freezing the operating component of nursing home rates to last year's rates while the Department of Health (DOH) develops a new methodology that complies with the Centers for Medicare and Medicaid Services Patient Driven Payment Model, reducing

the capital cost component of nursing home rates by 10 percent but exempting pediatric nursing homes from this cut, and shortening the state residency requirement for admission to a state-run Veterans Home.

- Part G – The Adopted Budget intentionally omits the Executive proposal to eliminate wage parity for Consumer Directed Personal Assistance Program (CDPAP) personal assistants in New York City and Westchester, Nassau, and Suffolk counties.
- Part H – The Adopted Budget modifies the Executive proposal to make managed care changes by eliminating the 1 percent across-the-board rate increase for managed care and intentionally omitting exempting Medicaid managed care from the State's independent dispute resolution process, imposing liquidated damages to managed care companies, and procuring the Medicaid managed care program.
- Part I – The Adopted Budget modifies the Executive proposal to make Medicaid pharmacy changes by allowing DOH to eliminate drugs from the Medicaid list of over-the-counter covered drugs with prior public notice, changing the reimbursement structure for physician-assisted drugs, repealing the Medicaid Drug Cap and substituting it with an enhanced supplemental rebate program, and omitting pharmacy cost reporting and the elimination of prescriber prevails.
- Part J – The Adopted Budget accepts the Executive proposed Essential Plan reforms to clarify that the Essential Plan (EP) will operate under the Basic Health Program or the 1332 State Innovation Program. It also includes technical changes to reflect that the EP may operate under either authority, which can be revoked or repealed at any time, and makes conforming changes to the New York State of Health Marketplace to allow the EP to be available to consumers through the Marketplace regardless of the operating authority. It delays for one year EP coverage of long term supports and services (LTSS) for all individuals up to 200 percent of the federal poverty level (FPL) and extends by one year the State's authority to implement coverage for LTSS for individuals who are between 0-138 percent FPL but are not eligible for Medicaid due to their immigration status. The Adopted Budget also authorizes DOH to seek an additional 1332 State Innovation Waiver authority for the creation of a subsidy program to assist low-income individuals with their premium payments or cost-sharing obligations using federal pass-through savings.
- Part K – The Adopted Budget amends the Executive proposal to extend the Hospital Liability Pool and the Excess Medical Malpractice Insurance Program for a year through June 30, 2025, by omitting the change in payment structures.
- Part L – The Adopted Budget intentionally omits the Executive proposal to discontinue certain public health programs.
- Part M – The Adopted Budget accepts the Executive proposal to allow children ages 0-6 to remain continuously enrolled in Medicaid or Child Health Plus without having to redetermine eligibility.

- Part N – The Adopted Budget intentionally omits the Executive proposal to codify the right of minors to obtain contraception and all forms of reproductive health care while pregnant, including abortion services and contraception, and require informed consent for testing perinatal individuals for drug, alcohol or cannabis use.
- Part O – The Adopted Budget modifies the Executive proposal to make reforms to the hospital financial assistance law by requiring DOH to establish minimum collection policies and procedures for and a uniform financial assistance application form for all hospitals; increasing eligibility for financial assistance; prohibiting hospitals from using immigration status as a criterion for financial assistance eligibility; clarifying that none of the policies and procedures regarding financial assistance applications shall prohibit hospitals from requiring applicants to apply for Medicaid or any publicly subsidized insurance program and exempting individuals who do not qualify for these programs due to immigration status from that requirement; requiring hospitals to include demographic information on patients applying for financial assistance; and clarifying that the provisions on medical credit cards apply to hospitals as well as other health care providers.
- Part P – The Adopted Budget modifies the Executive proposal to sunset the scope of practice extenders two years after enactment.
- Part Q – The Adopted Budget intentionally omits the Executive proposal to expand several scopes of practice.
- Part R – The Adopted Budget intentionally omits the Executive proposal to join the interstate licensure compacts.
- Part S – The Adopted Budget modifies the Executive proposal to create a Healthcare Safety Net Transformation Program to support safety net hospitals through partnerships with other healthcare facilities to facilitate clinical integration, management of services, and mergers and acquisitions by requiring applicants to demonstrate why the funding and regulatory flexibilities of the program are needed and outlining key organizational information about each business partner including financial interests. DOH will be able to waive certain regulations not related to patient safety and minimum standards to allow safety net hospitals to implement projects awarded through the Program. Safety nets will have to submit a detailed five-year plan that includes key metrics and goals. Financial resources can be withheld if metrics and goals are not met. DOH is required to provide an annual report to the Legislature on the projects and partnerships approved to receive funds through the program.
- Part T – The Adopted Budget intentionally omits the Executive proposal to expand public health measures to end preventable epidemics.
- Part V – The Adopted Budget intentionally omits the Executive proposal to expand the Hospital at Home program and reform the EMS delivery system.
- Part GG – The Adopted Budget modifies the Executive proposal to authorize DOH for a limited time to enter into contracts and amend the terms of current contracts awarded

before the approval of the 1115 Waiver to help DOH implement projects authorized under the Waiver by allowing such authorization for three years.

- Part HH – The Adopted Budget authorizes DOH to contract with a single statewide Fiscal Intermediary (FI) chosen through a mini-bid process. This FI will subcontract with 11 Independent Living Centers (ILCs) across the state and a minimum of four additional subcontractors in different regions. To qualify as a subcontractor, organizations must have experience serving consumers under the program and a history of providing similar services since 2012. The subcontractors will be responsible for ensuring compliance with relevant regulations and providing culturally appropriate services to consumers and caregivers. These services will include helping consumers navigate the program, offering peer support, and educating consumers about their responsibilities. The statewide FI will pay the subcontractors for these delegated services. By April 2025, only the statewide FI and its subcontractors will be authorized to provide these services. DOH will oversee the program, maintain a registry of subcontractors and ILCs, and have the authority to revoke registration for non-compliance. DOH will also establish minimum training requirements and safety standards for personal assistants.
- New Part II – The Adopted Budget includes a proposal to authorize DOH to submit a waiver to create a Managed Care Provider Tax and to impose such tax on managed care and commercial insurance companies after federal approval. The tax proceeds will be used solely for healthcare-related investments.
- New Part JJ – The Adopted budget includes a proposal to delay for one year, through April 1, 2025, the transition of school-based health center services into managed care.
- New Part KK – The Adopted budget includes a proposal to create a one-year Community Doula Expansion Grant Program to provide funding to community-based organizations for recruitment and retention and startup and administrative costs to increase the number of community doulas. The Adopted Budget also allows the Health Commissioner to issue a statewide, non-patient specific order to provide doula services for any pregnant, birthing, or postpartum individual.
- New Part LL – The Adopted Budget includes a proposal to establish rates for certain pediatric diagnostic and treatment centers that provide services to medically fragile children. This proposal will sunset in three years.
- New Part MM – The Adopted Budget includes a proposal to establish an advisory board for the modernization and revitalization of SUNY Downstate Hospital and Health Sciences University to solicit and make recommendations toward the long-term sustainability of SUNY Downstate.
- New Part NN – The Adopted Budget includes a proposal to provide the following Medicaid increases. From April 1, 2024, through March 31, 2025, payments for:
  - Hospital services will be increased by an aggregate amount of up to $525 million in addition to last year's increases

- ○ Nursing homes will be increased by an aggregate amount of up to $285 million in addition to last year's increases
- ○ Assisted living programs will be increased by an aggregate amount of up to $15 million in addition to last year's increases

These increases can take the form of increased Medicaid rates, lump sum payments, or state-directed payments through managed care. They will be subject to federal financial participation.

## Medicaid Inspector General, Office of the

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $57.5 million.

## Higher Education Facilities Capital Matching Grants Program (HECap)

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive All Funds Recommendation of zero by restoring $40 million.

## Higher Education Services Corporation (HESC)

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive All Funds Recommendation of $56.5 million

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive All Funds recommendation of $968 million and adds $62 million for a total of $1.03 billion as follows:
  - ○ The Adopted Budget restores $1 million for the following:
    - ■ $1 million for the Nursing Faculty Program.
    - ■ $50,000 for Young Farmers Loan Forgiveness.
  - ○ The Adopted Budget adds $61 million for the following:
    - ■ $53.4 million to expand the Tuition Assistance (TAP) Program.
    - ■ $7.5 million for Say Yes! Buffalo, Inc.
    - ■ $100,000 for the Child Welfare Worker Scholarship.

*Article VII Proposal (S.8306-C)*
- Part F - The Adopted Budget modifies the Executive proposal to make permanent full reimbursement of the TAP tuition credit extender to SUNY and CUNY schools by extending the provision for two years.
- Part W - The Adopted Budget expands part-time TAP eligibility to cover proprietary colleges.
- Part X - The Adopted Budget increases the TAP household income eligibility threshold for dependent students to $125K, Increases the income threshold for married independent students to $60K, Increases the income threshold for single independent students to $30K, and increases the  minimum tap award to $1000.

**Homeland Security and Emergency Services, Division of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $162.6 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $8.9 billion and adds $2.3 million for a total of $8.9 billion as follows:
  - $1.5 million increase for the American Red Cross
  - $750,000 for the New York State Professional Fire Fighters Association (NYSPFFA)
  - $50,000 for the Maynard Fire Department

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $21 million.

*Article VII Proposal (S.8305-C)*
- Part E: The Adopted Budget accepts the Executive recommendation to extend the suspension of the annual transfer of $1.5 million from the Public Safety Communications Account to the Emergency Services Revolving Loan Fund for SFY 2024-25 and 2025-26.

**Housing and Community Renewal**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $137.5 million and adds $6 million for a total of $143.5 million as follows:
  - $6 million for 35 additional FTEs to support with enforcement as part of the proposed Article VII housing plan.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $99.5 million and adds $16.5 million for a total of $115.9 million as follows:
  - $10 million for Land Banks
  - $2 million for Fair Housing for a total of $4 million
  - $1 million for Riverbay Incorporated
  - $1 million for Senate Priorities
  - $1 million for Parkside Development Company, Inc.
  - $594,000 for Bronxwood Towers
  - $322,000 for RJ Bruno Inc./Gun Hill Houses
  - $250,000 for ANHD
  - $167,000 for Habitat for Humanity NYC and Westchester
  - $100,000 for Pa'Lante Harlem
  - $50,000 for Housing Help Incorporates

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive recommendation of $182.2 million by adding $585 million for a total of $767.2 million as follows:
  - $140 million for NYCHA
  - $80  million for Mitchell-Lama Preservation Program
  - $75 million for Rest-of-State Public Housing Authorities
  - $75 million for Housing for the Future Rental Program
  - $75 million for Housing for the Future Homeownership Program
  - $40 million for the Infill Housing Program
  - $40 million for rest-of-state Vacant Apartment Repair and Rehabilitation Program
  - $40 million for Land Banks
  - $10 million for USDA 515 Rental Properties Preservation Program
  - $7 million for the Small Rental Development Initiative (SRDI)
  - $3 million for the Access to Home Program for a total of $4 million

*Article VII Proposal (S.8306-C)*
- Part N– The Adopted Budget modifies the Executive Proposal regarding the Mortgage Insurance Fund (MIF) to restore the Neighborhood Preservation Program (NPP) and the Rural Preservation Program (RPP) to last year's levels. NPP will receive $17.63 million with a $250,000 carveout for Neighborhood Preservation Coalitions. RPP will receive $7.55 million with a $250,000 carveout for Rural Preservation Coalitions.
- Part O – The Adopted Budget modifies the Executive proposal by establishing the crime of deed theft, placing the offense within existing grand larceny statutes, and making it illegal to obtain or transfer real property by fraud, deception, misrepresentation, or forgery. The legislation adds a right of first refusal for heirs of a property when a

co-tenant receives an offer to purchase shares of the heirs property and that co-tenant intends to accept or counteroffer. Lastly, this legislation creates the process for a transfer on death deeds.

- Part P– The Adopted Budget intentionally omits the Executive's proposal to lease and convey identified state lands for the purpose of building housing.
- Part Q– The Adopted Budget modifies the Executive Proposal to allow the City of New York, via local land use approval, and the New York State Urban Development Corporation (UDC), via a general project plan, to exceed the state-level 12.0 Floor Area Ratio (FAR) requirement to mandate that buildings exceeding the requirement include minimum percentages of affordable housing and cannot be constructed in historic districts. The proposal also protects lofts and joint live-work quarters for artists, discourages illegal tenant harassment, and requires financial or administrative support for tenants being displaced by new construction.
- Part R – The Adopted Budget modifies the Executive's proposal to create a tax exemption to incentivize increasing the required amount of affordable housing to 25% of total units at a weighted 80% of area median income and by specifying the benefit duration and amount based on the date of construction commencement and completion.
- Part S – The Adopted Budget modifies the Executive's proposal to authorize the City of New York to create an amnesty program for existing basement and cellar dwellings to limit the geographic scope of the program and require City Council approval and community board input on the geographic scope.
- Part T – The Adopted Budget modifies the Executive proposal to extend the completion deadline for 421-a projects from June 15, 2026 to June 15, 2031 by carving out projects that are solely affordable at 130% AMI. Such projects will not receive an extension.
- Part U – The Adopted Budget modifies the Executive proposal to establish a new property tax exemption for newly-constructed multi-family homeownership and rental housing in the City of New York by including more details around the affordability options and labor standards. The proposal includes different affordability options for rental projects. Depending on size the project must contain 20% or 25% of affordable units at a weighted average of 60% or 80% AMI. There is an additional affordable homeownership scheme in the program. Labor standards include prevailing wage at $40 with annual increases for projects equal to or greater than 100 units. Projects in specialized zones will receive a higher prevailing range between $63 to $72.45, subject to annual increases, depending on the location of the project. Exemptions may apply where construction work on an eligible site is performed under a project labor agreement or a collective bargaining agreement.
- Part V – The Adopted Budget includes language to require the State Fire Prevention and Building Code Council to conduct a study on single-exit, single stairway multi-unit residential buildings by the next code cycle, and to adopt the new code standards if it deems them necessary.

- Part BB – The Adopted Budget modifies the Executive proposal to prohibit insurance companies that cover real property containing affordable housing units from discrimination based on certain affordable housing factors by including cooperative housing in the list of entities that would be protected from discrimination and expanding the protections to liability policies.
- Part EE – The Adopted Budget includes language to create an opt-in new construction or commercial conversions tax exemption for mixed-income 25% affordable housing and 100% affordable housing outside the City of New York. Affordable units would be restricted to those making between 60% and 80% of area median income for the metropolitan area in which the units are located.
- Part FF – The Adopted Budget includes language to raise the amount of recoverable Individual Apartment Improvements (IAIs) in rent-stabilized housing accommodations beyond the current allowance to $30,000 per 15 year period and making those increases a permanent part of a unit's legal rent. Under this proposal, the current cap on individual apartment improvement (IAI) will increase from $15,000 to $30,000 and an enhanced individual apartment improvement for amounts up to $50,000 will be created for vacant apartments where a unit has been registered as vacant in 2022, 2023, and 2024 or has a long-term vacancy of 25 years or more immediately prior to the current vacancy and where the improvement was necessitated by a substandard condition or an appliance or furnishing exceeding its useful life. IAIs in excess of $30,000 will be subject to prior approval for eligibility based on length of a tenancy or vacancy, as well as random inspections and audits to verify that the improvements and rent adjustments were properly made.
- Part GG – The Adopted Budget includes language to authorize municipalities to adopt an individual homeowner tax exemption on the extra assessed value from the creation of accessory dwelling units (ADUs).
- Part HH – The Adopted Budget includes the Good Cause Eviction Law. The law protects residential tenants from price gouging and unreasonable non-renewal of leases.  The proposal does permit landlords to decline lease renewals for 10 specified "good causes," including nonpayment of rent, lease violation, and intent to use the property for the landlord's personal use. The bill prohibits non-renewal if the landlord cannot point to one of those justifications.
- Part II – The Adopted Budget clarifies existing law on squatters by emphasizing that a squatter is not, and may never become, a legal tenant.
- Part JJ – The Adopted Budget includes language which requires the New York City Department of Housing Preservation, and Development (HPD) to conduct audits of up to 25% of eligible properties receiving 421a benefits, and the benefits of its past iterations going back to 2014.
- Part KK – The Adopted Budget includes language to create a new subsidy program for the development of permanently-affordable homeownership and rental units called New

York Housing For the Future Homeownership and Rental Housing Programs. All units must be affordable to households with incomes no greater than 130% AMI at occupancy and the projects will require prevailing wage for construction.

**Hudson River Valley Greenway Communities Council**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $245,000.

**Human Rights, Division of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with Executive recommendation of $28.9 million.

**Indigent Legal Services, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $7.9 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $451.5 million and adds $15 million for a total of $466.5 million as follows:
  - Modifies the Executive's recommendation of $4.5 million for Parental Representation Program, and adds $15 million above the proposal

**Information Technology Services, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $925.8 million.

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $130.7 million.

**Inspector General, Office of the State**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $11.1 million.

**Interest on Lawyer Account Fund**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $2.9 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget amends the Executive recommendation of $62 million and adds $55 million for a total of $117 million as follows:
  - $40 million increase for the Homeowner Protection Program (HOPP)
  - $15 million increase for legal representation for evictions
    - $10 million for New York City
      - $4 million for the Legal Aid Society, $4 million for Legal Services NYC, $2 million for all other groups spread proportionally.
    - $5 million for the rest of the State

**Judiciary**

*Legislature and Judiciary (S.8301-A)*
- The Adopted Budget modifies the Office of Court Administration recommendation of $3.74 billion and adds $8 million, for a total of $3.8 billion as follows:
  - $8 million increase to expansion of Mental Health Court operations

*Article VII Proposals (S.8305-C)*
- Part F -- The Adopted Budget modifies the Executive's proposed Judicial Security Act. The legislation prohibits publication of sensitive personal information about State and federal judges and their families. The legislation also creates new and heightened criminal penalties for crimes against judges.
- Part U -- The Adopted Budget intentionally omits the Executive proposal to apply a variable, market-based interest rate to court judgments.

**Judicial Conduct, Commission on**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $8.3 million and adds $588,000 for a total of $8.9 million as follows:
  - $588,000 increase to support operations and the expansion of investigations.

**Judicial Nomination, Commission on**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $30,000.

**Judicial Screening Committee**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $38,000.

**Justice Center for Protection of People with Special Needs**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $62.3 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with the Executive recommendation of $799,000.

*Article VII Proposal (S.8307-C)*
- Part CC – The Adopted Budget intentionally omits the Executive proposal to require the Justice Center for the Protection of People with Special Needs to notify the Office of Medicaid Inspector General of reports of abuse or neglect when such reports are no longer subject to amendment or appeal.

**Labor, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs the Executive recommendation of $996.2 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $6.28 billion and adds a total of $26.2 million for a total of $6.3 billion as follows:
  - $4 million for the Workforce Development Institute
  - $3 million for the Cornell ILR Cannabis Workforce Initiative
  - $3 million Cornell ILR Labor Leading on Climate Jobs Initiative
  - $2.5 million for the Workforce Development Institute - Manufacturing Institute
  - $2.5 million for Statewide Youthbuild Programs
  - $1.62 million for Displaced Homemakers Program
  - $1 million for the Manufacturers Intermediary Apprenticeship Program (MIAP)
  - $750,000 for the Statewide Pre-Apprenticeship program

- $750,000 for the Manufacturers Association of Central NY, Inc. (MACNY)
- $500,000 for the New Jewish Home
- $500,000 for the Edward J. Malloy Apprenticeship Program
- $375,000 for the Non-traditional Employment for Women Childcare Program (NEW)
- $350,000 for NYCOSH
- $300,000 for the Cornell ILR Yang-Tan Institute
- $300,000 for the Cornell ILR Worker Institute
- $300,000 for the New York State AFL-CIO Cornell Union Leadership Institute
- $200,000 for the HOPE program
- $200,000 for  Solar ONE
- $200,000 for the Nassau BTPAP
- $200,000 for the Eastern New York laborers Training Center
- $200,000 for Long Island NYCOSH
- $200,000 for Newburgh BTPAP
- $200,000 for the Upstate NY Laborers Training Center
- $200,000 for Western NYCOSH
- $200,000 for Western BTPAP
- $200,000 for Albany BTPAP
- $200,00 for Rochester BTPAP
- $180,000 for the Gay Men's Health Crisis
- $180,000 for the LGBTQ Black & Latino Institute for Leadership Training
- $150,000 for the Center of Employment Opportunities
- $150,000 for the Cornell ILR Buffalo Co-Lab
- $150,000 for the Cornell ILR Sexual Harassment Prevention Program
- $150,000 for the Crenulated Company LTD Young Adult Opportunity Initiative (YAOI)
- $150,000 Cornell ILR Domestic Violence Program
- $120,000 for Collective Food Works Inc.
- $100,000 for Nonprofit Westchester
- $100,000 for the North Country Chamber of Commerce
- $100,000 for Greater Rochester Chamber of Commerce
- $100,000 for the National Domestic Worker Alliance, Inc
- $100,000 for the Lesbian, Gay, Bisexual & Transgender Community Center (LGBTQ Works)
- $100,000 for NPOWER
- $85,000 for the Northeast NY NYCOSH
- $75,000 for the NYC Industrial and Technology Assistance Corporation
- $75,000 for YouthBuild Schenectady
- $50,000 for the Girls Building Trades Summer Camp

- ○ $50,000 for the Rochester Careers in Construction, Inc.
- ○ $50,000 for the Cornell ILR Criminal Records Program
- ○ $50,000 for the Urban League Rochester

*Article VII Proposal (S.8306-C)*
- Part J - The Adopted Budget modifies the Executive proposal to require paid breaks for breast milk expression in the workplace by increasing the paid break time from 20 minutes to 30 minutes.
- Part K - The Adopted Budget intentionally omits the Executive proposal to remove the allowance of liquidated damages in instances where a manual worker is paid bi-weekly instead of weekly, as currently required under Labor Law.
- Part L - The Adopted Budget intentionally omits the Executive proposal to expand recovery tools for stolen wages.
- Part M - The Adopted Budget modifies the Executive proposal to sunset the State's COVID-19 Sick Leave Law on July 31, 2024, by continuing such benefits for an additional year until July 31, 2025.
- Part Z - The Adopted Budget includes language to implement the permanent partial UI system on the first Monday after October 1, 2024, or 30 days after the commissioner of labor certifies that the Department of Labor has an IT system capable of supporting the system, whichever is sooner. If the system is not ready to go live by the first Monday after October 1, the effective date may be extended by 15 day increments upon notice and report of the reason necessitating such extension from the commissioner of labor, provided that the effective date shall not be extended past February 1, 2025.
- Part QQ - The Adopted Budget includes language to reduce the final average salary calculation window for Tier 6 members from five to three years.

## Labor Management Committees

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $48.8 million.

## Law, Department of

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $367 million and adds $3 million for a total of $370 million as follows:
  - ○ $2.1 million increase to support the Office of Special Investigations
  - ○ $776,000 increase to support the New York State Voting Rights Act

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive recommendation of $5 million and adds $3.4 million for a total of $8.4 million as follows:
  - $3.4 million increase to support Capital Projects

*Article VII Proposal (S.8305-C)*
- Part O – The Adopted Budget intentionally omits the Executive proposal to prohibit addictive social media feeds for minors.
- Part P – The Adopted Budget intentionally omits the Executive proposal to restrict the collection and processing of data of minors by operators of websites, online services and applications.

*Article VII Proposal (S.8308-C)*
- Part JJ  – The Adopted Budget intentionally omits the Executive proposal to expand the State's deceptive practices act to include unfair and abusive acts and practices.

**Lieutenant Governor, Office of the**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $921,000 and adds $325,000 for a total of $1.25 million for the following:
  - $325,000 for two additional FTEs to support the Office of Service and Civic Engagement.

**Local Government Assistance**

*State Operations (S.8300-D)*
- The adopted budget concurs with the Executive recommendation of $2.5 million for the Financial Restructuring Board with no modifications.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $807.3 million and adds $52.6 million for a total of $859.8 million as follows:
  - $50 million in Temporary Municipal Assistance
  - $1.2 million in in Miscellaneous Financial Assistance to the County of Onondaga for a school discipline pilot project with the Syracuse school district
  - $309,000 in Miscellaneous Financial Assistance to the Village of Washingtonville
  - $300,000 in Miscellaneous Financial Assistance  to the Village of New Paltz
  - $300,000 in Miscellaneous Financial Assistance to the City of New York for the Department of Sanitation

- ○ $200,000 in Miscellaneous Financial Assistance to the City of Auburn
- ○ $115,000 in Miscellaneous Financial Assistance to the County of Broome
- ○ $90,000 in Miscellaneous Financial Assistance to the Village of Flower Hill
- ○ $75,000 in Miscellaneous Financial Assistance to the Village of East Hills
- The Adopted Budget modifies the Executive recommendation to eliminate the county-wide shared services reappropriation to hold harmless those municipalities which submitted plans in SFY 2023; wherein plans approved and submitted by January 31, 2024 may be considered for matched funding.

*Article VII Proposal (S.8305-C)*
- Part U - The Adopted Budget modifies the Executive proposal to eliminate matching funds for the County-Wide Shared Services Initiative (CWSSI) by making technical changes to ensure State matching funds are made available for plans approved and submitted as of January 31, 2024, but otherwise generally sunsets the CWSSI program and switches it to local option as proposed in the Executive Budget.
- Part W - The Adopted Budget accepts the Executive's proposal to increase the maximum award for the Local Government Efficiency planning and implementation grants.
- New Part BB - The Adopted Budget includes a proposal to return surplus monies resulting from in rem foreclosure proceedings to former homeowners, and provides a new homeowner bill of rights and more robust notification provisions.
- New Part DD - The Adopted Budget includes legislation regarding the City of Buffalo's bonding authority, clarifying the City's authority to expend bond proceeds associated with construction of police training facilities.

*Article VII Proposal (S.8306-C)*
- New Part DD - The Adopted Budget includes the Executive's addition regarding the Dunkirk Fiscal Recovery Act which authorizes the City of Dunkirk to bond up to $18.5 million for the purpose of deficit-financing.
- New Part TT - The Adopted Budget modifies the Executive proposal to increase the bonding limit for the New York City Transitional Finance Authority (TFA) from $19.5 billion to $21.5 billion beginning July 1, 2024, and from $25.5 billion to $27.5 billion beginning July 1, 2025. The Adopted Budget additionally modifies the Executive proposal by requiring New York City to increase planned spending on classroom construction by $2 billion over and above the planned capital spending detailed in the February 2024 School Construction Authority capital plan, in order to reduce class sizes.

**Mental Health, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $2.3 billion to decrease it by $1 million for a total of $2.3 billion as follows:
  - $1 million for the Law Enforcement and Mental Health Coordination Team, funding will be transferred to Aid-to-Localities.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $2.93 billion and adds $50.1 million, for a total of $2.98 billion as follows:
  - $31.3 million in additional funding for a 2.84% Cost of Living Adjustment
  - $10 million in additional funding for the Mental Health and Criminal Justice package which includes:
    - $1 million transfer from OMH State Operations for Law Enforcement and Mental Health Coordination Teams
    - $5 million in additional funding for Intensive FACT for a total of $14.6 million
    - $2 million in additional funding for Court-Based Mental Health Navigators for a total of $8.2 million
    - $2 million for Shower Buses
  - $2 million for Crisis Intervention Teams
  - $1.5 million for Senate Legislative Lump Sum grants
  - $1.5 million for Crisis Response Programs
  - $500,000 for P.U.N.T. Pediatric Cancer Collaborative, Inc. for a Western NY Grief Center
  - $350,000 for Veterans Mental Health Training Initiative
  - $300,000 for Crisis services of Buffalo and Erie County
  - $250,000 for EverGreen Meadow
  - $200,000 for University of Rochester (Sources of Strength)
  - $200,000 for Westchester Jewish Community Services Inc.
  - $200,000 for Child Mind Institute
  - $175,000 for Family Service League - North Fork Mental Health Initiative
  - $175,000 for Family Service League - South Fork Behavioral Health Initiative
  - $150,000 for CUNY School of Public Health and Health Policy (Harlem Strong Model Mental Health programs)
  - $150,000 for The Trevor Project
  - $150,000 for Unconditional Support Incorporated
  - $125,000 for Syracuse Crunch (Mental Wellness Program)
  - $125,000 for The Harris Project (Encompass Project)

- ○ $120,000 for The Harris Project (Include Project)
- ○ $100,000 for ARA Emotional Wellness Mental Hygiene, Inc
- ○ $100,000 Family Service League
- ○ $100,000 for FarmNet
- ○ $100,000 for Global Trauma Research, Inc
- ○ $100,000 for Mental Health Association in New York State (MHANYS)
- ○ $75,000 for Rainbow Heights Club
- ○ $10,000 for NY Mental Health Association of Orange County

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $596.5 million.

*Article VII Proposal (S.8307-C)*
- Part Y – The Adopted budget modifies the Executive proposal to make the Mental Health Support and Workforce Reinvestment Program permanent by extending the program for an additional three years.
- Part AA – The Adopted Budget modifies the Executive proposal to require commercial insurance to reimburse outpatient behavioral and substance use disorder treatment services at no less than the Medicaid rate by requiring commercial insurers to use Medicaid rates that were established at a set date in the preceding year and allowing the Department of Financial Services (DFS) to provide guidance on factors commercial insurers can consider when calculating the impact of any rate changes because of the State Budget before submission of rate approval to DFS for the subsequent policy year.
- Part BB – The Adopted budget modifies the Executive proposal to make the Comprehensive Psychiatric Emergency Programs permanent by extending the programs for an additional three years.

**Mental Hygiene, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $600 million.

*Article VII Proposal (S.8307-C)*
- Part Z – The Adopted budget modifies the Executive proposal to make the authority of the Commissioners of the Office of Mental Health, the Office for People with Developmental Disabilities, and the Office of Addiction Services and Supports to utilize time-limited demonstration programs permanent by extending the authorization for an additional year.
- Part FF – The Adopted Budget modifies the Executive proposal to provide a 1.5 percent Human Services Cost-of-Living Adjustment (COLA) by providing a 2.84 percent COLA,

which includes a 1.7 percent target salary increase for specific support, direct care, clinical, and non-executive administrative staff.

## People with Developmental Disabilities, Office for

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $2.4 billion.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $5.13 billion and adds $43.6 million, for a total of $5.17 billion as follows:
  - $42.7 million in additional funding for a 2.84% Cost of Living Adjustment
  - $260,000 for Jawonio, Inc.
  - $200,000 for Autism Society of the Greater Capital Region
  - $150,000 for Brain Injury Alliance
  - $150,000 for Best Buddies International, Inc
  - $150,000 for Special Olympics NY
  - $50,000 for Family Residences and Essential Enterprises (F.R.E.E.)

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $139.4 million.

*Article VII Proposal (S.8307-C)*
- Part DD – The Adopted budget modifies the Executive proposal to make the authority of mental hygiene facility directors to serve as the federally appointed representative payee for individuals who are patients in facilities operated by OMH or OPWDD permanent by extending the program for an additional three years.
- Part EE – The Adopted Budget intentionally omits the Executive proposal to allow delegated nursing tasks for direct support staff in the Office for People with Developmental Disabilities community-based programs.

## Council on Developmental Disabilities

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $4.76 million.

## Metropolitan Transportation Authority

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with Executive recommendation of $873.1 million.

*Capital Projects*
- The Adopted Budget modifies the Executive recommendation of $68 million, and adds $20 million for a total of $88 million as follows:
  - $20 million for the Hudson River Line Resiliency Project.

*Article VII Proposal (S.8306-C)*
- Part UU - The Adopted Budget modifies the Executive proposal regarding fare evasion enforcement to require written warnings for most first-time violations, sets a graduated fine structure, reduces fine amounts for Fair Fares participants, prohibits MTA's use of biometric data to enforce fare evasion penalties, includes additional transparency provisions, and allows the Transit Adjudication Bureau to adjudicate commuter rail fare evasion infractions.

*Article VII Proposal (S.8308-C)*
- Part A -- The Adopted Budget modifies the Executive proposal to extend tax-increment financing and other alternative procurement authority for one year.
- Part B -- The Adopted Budget moved this Executive proposal to modify fare evasion penalties to Part UU of S.8306-C.
- Part D – The Adopted Budget moved this Executive intentionally omits the Executive proposal to establish criminal penalties for fraudulently attempting to obtain a congestion pricing or Triborough Bridge and Tunnel Authority credit, discount, or exemption.

## Military and Naval Affairs, Division of

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $146.2 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with the Executive recommendation of $5.5 million.

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs the Executive recommendation of $119.7 million.

## Mortgage Agency (SONYMA)

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $76.8 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with the Executive recommendation of $121.6 million.

**Motor Vehicles, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with Executive recommendation of $125.2 million.

*Aids to Localities (S.8303-D)*
- The Adopted Budget concurs with Executive recommendation of $24.9 million.

*Capital Projects (S.8304-D)*
- The Adopted Budget accepts the Executive recommendation of $514.9 million.

*Article VII Proposal (S.8308-C)*
- Part F – The Adopted Budget accepts the Executive proposal to extend the Internet Point Insurance Reduction Program for 2 years, until April 1, 2026.
- Part G – The Adopted Budget accepts the Executive proposal to extend the distribution of Transportation and Transmission Tax revenues between upstate (PTOA) and downstate transit operating systems (MMTOA), for 2 years. The Adopted Budget also extends the authorization for the use of Dedicated Highway and Bridge Trust Fund (DHBTF) revenues for DMV operations by 2 years, to April 1, 2026.
- Part H – The Adopted Budget intentionally omits the Executive proposal to establish an online insurance verification system for motor vehicle insurance through the DMV.
- Part J – The Adopted Budget accepts the Executive proposal to extend the DMV's authority to authorize Autonomous Vehicle Testing for 2 years, to April 1, 2026.

**National And Community Service**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with Executive recommendation of $30.5 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with Executive recommendation of $489,000.

**Olympic Regional Development Authority**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $14.1 million.

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive All Funds recommendation of $82.5 million.

**Parks, Recreation and Historic Preservation**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $386.4 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $26.6 million and adds $2 million for a total of $28.8 million as follows:
  - $2 million for municipal park funding.
  - $200,000 for Queens Botanical Garden

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive recommendation of $622.4 million and adds $20 million for a total of $642.4 million as follows:
  - The Adopted Budget restores $10 million in funding for zoos, botanical gardens, and aquaria.
  - The Adopted Budget adds $10 million in funding for the New York Botanical Garden.

**Power Authority, New York**

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $54 million, and amends language within the appropriation to specify mapping requirements consistent with recommendations of the Upstate Flood Mitigation Task Force.

**Prevention of Domestic Violence, Office for the**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $6.1 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $11.84 million and adds $50,000 for a total of $11.89 million as follows:
  - $50,000 for the SUNY Buffalo Law School Family Violence and Women's Rights Clinic

**Prosecutorial Conduct, Commission on**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $1.75 million.

**Public Employment Relations Board**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $16 million.

**Public Service, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $141.7 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with the Executive recommendation of $55.8 million.

*Article VII Proposal (S.8308-C)*
- Part O – The Adopted Budget modifies the Executive proposal to transfer of the Office of Renewable Energy Siting (ORES) to the Department of Public Service (DPS) and expand its mandate to include transmission siting, with additional protections for agricultural lands, enhanced municipal participation, and regular mapping and reporting requirements for the office. The Adopted Budget also includes provisions to extend labor protections, including prevailing wage and Buy American standards to transmission and offshore wind supply chain projects.
- Part P – The Adopted Budget intentionally omits the Executive proposal for the Affordable Gas Transition Act (AGTA).
- Part Q – The Adopted Budget modifies the Executive proposal to extend the assessment on cable television corporations and public utilities to April 1, 2025.

**State, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive recommendation of $192.3 million and adds $14.8 million for a total of $207.1 million as follows:
  - $14.4 million increase in appropriation authority for the federal codes program.

- ○ $250,000 increase to create and support a searchable database for loans, grants, tax exemptions and bonds related to IDAs and LDCs (TEDE Part SS).
- ○ $100,000 increase for a Village Incorporation Program.
- ○ $50,000 increase to the Tug Hill Commission.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $278.9 million and adds $66.4 million for a total of $345.3 as follows:
  - ○ $30 million for Asian American Pacific Islanders (AAPI) for combating biased based crimes and crisis intervention services.
  - ○ $20 million for additional funding for the Office for New Americans for job training/placement services, case management services, and English as a second language services.
  - ○ $6 million for grants to certain municipalities and not-for-profit institutions.
  - ○ $5 million for the Commission to Study Reparations and Social Justice (Chapter 729 of the Laws of 2023)
  - ○ $2 million for the Public Utility Law Project
  - ○ $2 million for New York State Immigration Coalition
  - ○ $342,000 for Alliance for Clean Energy New York (ACE NY)
  - ○ $250,000 for Help Africa Save Their Children (H.A.S.T.E)
  - ○ $200,000 for the Doe Fund, Inc.
  - ○ $200,000 for Caribbean Preparedness and Response
  - ○ $150,000 for Capital District Management Association, Inc
  - ○ $100,000 for the Haitian Roundtable
  - ○ $75,000 NY Legal Assistance Group Incorporated

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $212 million with no modifications.

*Article VII Proposal (S.8308-C)*
- Part GG – The Adopted Budget intentionally omits the Executive proposal to require certification for distribution, assembly, reconditioning, sale of lithium-ion batteries and second-use lithium-ion batteries.

- Part KK – The Adopted Budget accepts the Executive proposal to extend the authorization for hybrid open meetings for an additional two years.
- Part MM - The Adopted Budget establishes civil liability for materially deceptive media created by or with digital technology or artificial intelligence without required disclosure. The legislation also imposes civil penalties for disseminating some AI-generated sexually explicit content.

## State Police, Division of

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $1.09 billion.

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $144.9 million.

## State University of New York (SUNY)

*State Operations (S.8300-D)*
- The Adopted Budget modifies the Executive All funds recommendation of $11.7 billion and adds $75.3 million for a total of $11.7 billion as follows:
  - The Adopted Budget restores $3.3 million for the following:
    - $1 million for High Needs Nursing Programs.
    - $1 million for Mental Health Services.
    - $433,000 for the Rockefeller Institute Immigration Integration Institute.
    - $350,000 for the SUNY Black Leadership Institute.
    - $250,000 for SUNY Farmingdale Aviation Tuition Assistance.
    - $165,000 for the Long Island State Veterans Home.
    - $150,000 for the Benjamin Center at SUNY New Paltz.
  - The Adopted Budget adds $72 million for the following:
    - $60 million for General Operating Funds.
    - $5.1 million for the TAP Gap.
    - $2 million for a Foundation Aid Study.
    - $2 million for SUNY Maritime Appointments Program.
    - $1.9 million for Educational Opportunity Programs.
    - $500,000 for the University at Buffalo School of Law Public Policy Institute.
    - $350,000 for the SUNY Asian Leadership Institute.
    - $200,000 for the University at Buffalo Regional Institute.

*Aid to Localities (S.8303-D)*

- The Adopted Budget modifies the Executive All Funds recommendation of $445 million and adds $8.2 million for a total of $453.2 million as follows:
  - The Adopted Budget restores $2.2 for the following:
    - $1.7 million for the Cornell Cooperative Extension.
    - $300,000 for SUNY Dutchess Community Colleges' Housing and Food Insecurity Services.
    - $200,000 for SUNY Schenectady Community College.
  - The Adopted Budget adds $6 million for the following:
    - $6 million for community college operating aid.

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive All Funds recommendation of $1.2 billion and adds $210 million for a total of $1.5 billion as follows:
  - The Senate restores $210 million for the following:
    - $150 million for hospital capital.
    - $60 million for senior college capital.

*Article VII Proposal (S.8306-C)*
- New Part CC - The Adopted Budget requires the use of project labor agreements for large-scale construction projects valued at $10 Million or more under the SUNY construction fund.
- New Part SS - The Adopted Budget authorizes the lease of land containing a historic windmill located at SUNY Stony Brook to the town of Southampton.

**Statewide Financial System**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $32 million with no modifications.

**Tax Appeals, Division of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $4.0 million with no modifications.

**Taxation and Finance, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $499.1 million with no modifications.

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with the Executive recommendation of $7.9 million with no modifications.

**Temporary and Disability Assistance, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $512.3 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $9.5 billion, and adds $39.8 million for a total of $9.5 billion as follows:
  - Adds funding for the following programs:
    - $10 million for Rental Arrears.
    - $5 million in additional funding for the Refugee Resettlement program, for a total of $7 million.
    - $2 million in additional funding for the Nutrition Outreach and Education Program (NOEP), for a total of $5.4 million.
    - $1.5 million in additional funding for the Disability Assistance Program (DAP), for a total of $6.8 million.
  - Provides $7.8 million in legislative grants, including:
    - $2 million for Double Up Food Bucks.
    - $1.5 million for the National Diaper Banks.
    - $750,000 for Trillium Health
    - $650,000 for the Campaign Against Hunger.
    - $500,000 for the Muslim Community Network.
    - $375,000 for the Center for Community Alternatives.
    - $300,000 for the Island Harvest LTD
    - $250,000 for the Albany Damien Center
    - $350,000 for Part of the Solution (POTS).
    - $150,000 for Services and Advocacy for Gay, Lesbian, Bisexual and Transgender Elders (SAGE).
    - $150,000 for the Urban Resource Institute.
    - $125,000 for the Goddard Riverside Community Center.
    - $125,000 for the Westchester Community Opportunity Center.

- $100,000 for Cornell Cooperative Extension Dutchess County for the Green Teen Program.
- $75,000 for the City Mission of Schenectady Downtown Ambassador Program (Schenectady Works).
- $50,000 for the Arab American Family Support Center.
- $50,000 for Caring for the Hungry and Homeless of Peekskill.
- $50,000 for Housing Help.
- $50,000 for Meals on Wheels of Rockland County.
- $50,000 for People to People
- $50,000 for The Hope Program.
- $25,000 for ICNA Relief, Inc.
- Provides $13.5 million in legislative grants for the following TANF programs:
  - $5 million in additional funding for the Summer Youth Employment Program (SYEP), for a total of $55 million.
  - $4.1 million for Advance Technology Training (ATTAIN).
  - $1.4 million for Career Pathways Program.
  - $800,000 for ACCESS-Welfare to Careers Program.
  - $785,000 for Preventative Services Initiative.
  - $475,000 for Wage Subsidy Program.
  - $334,000 for SUNY/CUNY Child Care
  - $200,000 in additional funding for Nonresidential Domestic Violence Services, for a total of $3.2 million.
  - $200,000 for Jewish Child Care Association.
  - $144,000 for Wheels for Work.
  - $82,000 for Rochester–Genesee Regional Transportation Authority.
  - $25,000 for Centro of Oneida.

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $128 million.

*Article VII Proposal (S.8306-C)*

- Part H – The Adopted Budget accepts the Executive proposal to authorize the pass-through of any Federal Supplemental Security Income Cost of Living Adjustment.
- Part I – The Adopted Budget intentionally omits the Executive proposal to amend the Family Court Act and the Domestic Relations Law to bring New York state into compliance with federal regulations related to child support payments.  The Senate is open to addressing this issue outside of the context of the budget.

**Thruway Authority**

*Article VII Proposal (S.8306-C)*
- New Part WW – The Adopted Budget modifies the Executive proposal on toll evasion to provide for additional and modified toll enforcement mechanisms, and by establishing the Toll By Mail Enhancement Act to standardize the Toll by Mail program across tolling authorities.

*Article VII Proposal (S.8308-C)*
- Part C – The Adopted Budget moved this Executive proposal regarding toll evasion to Part WW of S.8306-C.

**Transportation, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $500.9 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $5.3 billion and adds $10.65 million for a total of $5.3 billion as follows:
    - $10 million in additional funds for Upstate STOA funding, for a total of $333.2 million.
    - $250,000 in additional funding for the South Fork Commuter Bus Service, for a total of $750,000.
    - $200,000 for a shuttle service in Columbia County between the City of Hudson and the Village of Chatham.
    - $200,000 for a free bus fares pilot in Orange County.
- The Adopted Budget includes increased frequency of key MTA bus lines across NYC and increases in the discount from 10 percent to 20 percent on LIRR and MNR trips within New York City.

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive recommendation of $9.4 billion and adds $144 million, for a total of $9.5 billion as follows:
    - $60 million in additional funding for CHIPS, for a total of $598 million.
    - $40 million in additional funding for State Touring Routes, for a total of $140 million.
    - $26 million for the Niagara Frontier Transportation Authority (NFTA) for the first year of a five-year capital program, for a total of $130 million.

- ○ $18 million for the Rochester Intermodal Station - Phase 2 project.

*Article VII Proposal (S.8306-C)*
- New Part AA – The Adopted Budget includes language to extend the Stop Arm Camera Program for 5 years and makes various clarifications for program enforceability.
- New Part NN - The Adopted Budget includes language making a technical correction to Part K of S.8308-C.
- New Part OO – The Adopted Budget modifies the Executive proposal to authorize the City of New York to decrease citywide speed limits from 25 mph to 20 mph and decrease "slow zone" speed limits from 15 mph to 10 mph by incorporating additional provisions. This has also been called "Sammy's Law."

*Article VII Proposal (S.8308-C)*
- Part E- The Adopted Budget modifies the CDTA's local match percentages to accommodate Warren County's contribution to and participation in the system.
- Part I – The Adopted Budget moved this Executive proposal to Part OO of S.8306-C.
- Part K – The Adopted Budget modifies the Executive proposal regarding the Stretch Limousine Passenger Safety Act.

**Veterans' Affairs, Department of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $14.1 million.

*Aid to Localities (S.8303-D)*
- The Adopted Budget modifies the Executive recommendation of $11.4 million and adds $3.5 million for a total of $15.9  million as follows:
  - ○ Provides $3.5 million in legislative grants, including:
    - $500,000 for the New York State Defenders Association-Veterans Defense Program.
    - $500,000 for the African American Veterans Monument Committee of WNY
    - $405,000 for the Legal Services of the Hudson Valley.
    - $325,000 for Clear Path for Veterans.
    - $300,000 for Helmets to Hardhats.
    - $220,000 for the New York State Defenders Association-Veterans Defense Program - Long Island Expansion.
    - $200,000 for Services and Advocacy for Gay, Lesbian, Bisexual and Transgender Elders (SAGE Vets Project)
    - $200,000 for the Legal Services of NYC Veterans Justice Project.
    - $150,000 for the Outdoor RX program.

- ■ $125,000 for the Department of New York State Veterans of Foreign Wars.
- ■ $100,000 for the Buffalo and Erie County Naval and Military.
- ■ $100,000 for Enlisted for Life.
- ■ $100,000 for the Utica Center for Development.
- ■ $100,000 for the Veterans Outreach Center
- ■ $100,000 for the Vietnam Veterans of America-New York State Council.
- ■ $80,000 for Touro University Law Center Veterans and Service Member's Rights Clinic.
- ■ $15,000 for the Point Community Development Corp.

*Capital Projects (S.8304-D)*
- ● The Adopted Budget concurs with the Executive recommendation of $4 million.

**Victim Services, Office of**

*State Operations (S.8300-D)*
- ● The Adopted Budget concurs with the Executive recommendation of $26 million.

*Aid to Localities (S.8303-D)*
- ● The Adopted Budget concurs with the Executive recommendation of $336.7 million.

*Capital Projects (S.8304-D)*
- ● The Adopted Budget concurs with the Executive recommendation of $4.1 million.

**Waterfront Commission**

*State Operation (S. 8300-B)*
- ● The Adopted Budget concurs with the Executive recommendation of $4.97 million.

*Article VII Proposal (S.8308-C)*
- ● The Adopted Budget establishes a single-state Waterfront Commission with greater protections for applicants, greater transparency, consultative review process for new regulations, restrictions on the closed register, and annual reporting to the Legislature.

**Workers' Compensation Board**

*State Operations (S.8300-D)*
- ● The Adopted Budget concurs with the Executive recommendation of $227.2 million.

**Welfare Inspector General, Office of**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $1.4 million.

**Miscellaneous Appropriations, Data Analytics**

*State Operations (S.8300-D)*
- The Adopted Budget accepts the Executive recommendation of $50 million in reappropriation authority with no modifications.

**Miscellaneous Appropriations, Insurance and Securities Fund Reserve Guarantee**

*State Operations (S.8300-D)*
- The Adopted Budget accepts the Executive recommendation of $1.6 billion with no modifications.

**Miscellaneous Appropriations, State Equipment Finance Program**

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $100 million.

**Miscellaneous Appropriations, Sustainability and Decarbonization Program**

*Capital Projects (S.8304-D)*
- The Adopted Budget concurs with the Executive recommendation of $50 million.

**Miscellaneous Appropriations, Commercial Gaming Payment Reduction Offsets**

*Aid to Localities (S.8303-D)*
- The Adopted Budget accepts the Executive recommendation of $17.0 million with no modifications.

**Miscellaneous Appropriation, Raise the Age**

*Aid to Localities (S.8303-D)*
- The Adopted Budget concurs with the Executive recommendation of $250 million.

**Miscellaneous Appropriations, Special Federal Emergency**

*State Operations (S.4000-B)*

- The Adopted Budget concurs with the Executive recommendation of $7 billion.

**Miscellaneous Appropriations, Special Emergency**

*State Operations (S.4000-B)*
- The Adopted Budget concurs with the Executive recommendation of $2 billion.

**Miscellaneous Appropriations, Public Security and Emergency Response**

*State Operations (S.4000-B)*
- The Adopted Budget concurs with the Executive recommendation of $500 million.

**Miscellaneous Items**

*State Operations (S.8300-D)*
- The Adopted Budget concurs with the Executive recommendation of $292.4 million for Health Insurance Reserve Receipts Fund.
- The Adopted Budget concurs with the Executive recommendation of $773.8 million for Health Insurance Contingency Reserve.
- The  Adopted Budget concurs with the Executive recommendation of $9.5 million for the Workers' Compensation Reserve.

*Capital Projects (S.8304-D)*
- The Adopted Budget modifies the Executive recommendation and adds $385 million for Community Resiliency, Economic Sustainability, and Technology Program.
- The Adopted Budget modifies the Executive recommendation and adds $100 million for Local Community Assistance Program.

*Article VII Proposal (S.8306-C)*
- New Part XX - The Adopted Budget modifies the Executive proposal, formerly at Part X of S.8305-A, regarding sweeps and transfers to account for spending changes, modifies the Executive proposal for PIT notes by lowering the amount and duration, and intentionally omits the Executive proposal to clarify the Office of State Comptroller terms and conditions approval of bond sales.
- New Part YY – The Adopted Budget includes language extending a number of Assembly commissions and task forces by a year.

*Article VII Proposal (S.8308-C)*

- Part W- The Adopted Budget accepts the Executive proposal to raise the Battery Park City Authority's non-renewable bond cap to $2.5 billion dollars in order to fund coastal resiliency work.
- Part RR- The Adopted Budget allows New York State to consent to binding arbitration in relation to Phase 1 of the Gateway Project that is being managed by the Gateway Development Corporation.
- Part SS- The Adopted Budget creates a searchable database for loans, grants, tax exemptions and bonds related to IDAs and LDCs (database of deals), and clarifies that all LDCs and their subsidiaries are subject to FOIL and Open Meetings Laws.

## Revenue

*Article VII  Proposal (S.8306-C)*
- New Part RR – The Adopted Budget includes language that lowers the tax rate on tickets for combative sports events from 8.5% to 3%, creating parity with boxing events.
- New Part AAA– The Adopted Budget includes language creating an income or corporate franchise tax credit program for independently owned newspapers and for broadcast stations and for newspapers with significant circulation or employment declines, to help them retain current workers and for the hiring of additional workers.
- New Part BBB – The Adopted Budget includes a provision providing for supplemental payments of the Empire State Child Credit.

*Article VII  Proposal (S.8308-C)*
- New Part PP: The Adopted Budget includes language that exempts the installation of residential energy storage systems from the sales tax for two years.

*Article VII Proposal (S.8309-B)*
- Part A – The Adopted Budget modifies the Executive proposal to permanently extend the charitable itemized deduction limit by extending this limit by five years.
- Part B – The Adopted Budget modifies the Executive proposal to permanently extend the tax shelter provisions by extending these provisions by five years.
- Part C – The Adopted Budget accepts the Executive proposal to make technical corrections to the Metropolitan Commuter Transportation Mobility Tax.
- Part D – The Adopted Budget accepts the Executive proposal to close the amended return loophole for Personal Income and Corporation Franchise Taxes.
- Part E – The Adopted Budget modifies the Executive proposal for the Commercial Security Tax credit by lowering the eligibility threshold to 50 or fewer employees, and by lowering the expenses that the smallest retailers would have to spend in order to claim the credit.

- Part F – The Adopted Budget modifies the Executive proposal to permanently extend the mandatory electronic filing and payment requirements by extending this provision by five years.
- Part G – The Adopted Budget modifies the Executive proposal to permanently extend Authorization to Manage Delinquent Sales Tax Vendors by extending this provision by five years.
- Part H – The Adopted Budget modifies the Executive proposal to provide for the Filing of Amended Sales Tax Returns by making technical changes to the effective date.
- Part I – The Adopted Budget modifies the Executive proposal to extend certain sales tax exemption related to the Dodd Frank Protection Act by extending this exemption for one year.
- Part J – The Adopted Budget accepts the Executive proposal to extend the sales tax vending machine exemption for one year.
- Part K – The Adopted Budget intentionally omits the Executive proposal to modernize tax law to include the vacation rental industry.
- Part L – The Adopted Budget modifies the Executive proposal to replace the THC potency tax with a flat tax based on the wholesale price by including language that requires the keeping of books to prove the wholesale tax was paid.
- Part M – The Adopted Budget intentionally omits the Executive proposal to clarify the Telecommunications Assessment Ceiling Program
- Part N – The Adopted Budget intentionally omits the Executive proposal regarding in rem foreclosures, and a related proposal was added as Part BB of S.8305-C.
- New Part Q – The Adopted Budget includes language to align the rate of tax on little cigars with existing guidance from the Department of Tax and Finance.
- New Part T – The Adopted Budget includes language to lower the medical cannabis tax rate from seven percent to three and fifteen hundredths percent and to provide all the revenue to the counties to keep them whole.