

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

KAILEE GALANTE,
on behalf of herself and all other employees
similarly situated,

                  Plaintiff,

-against-                      Case No.: 6:23-cv-06227 (FPG)

Watermark Services IV, LLC,

                  Defendant.

-------------------------------------------------------------X

## VOLUNTARY STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE AS AGAINST DEFENDANT

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by and between the duly authorized attorneys of record for Plaintiff Kailee Galante and Defendant Watermark Services IV, LLC, that the above-entitled action shall be dismissed without prejudice as against Defendant without costs or attorneys' fees to any party as against the other.

| | |
|---|---|
| CORDELLO LAW PLLC<br>*Attorneys for Plaintiff*<br>1630 Empire Blvd., Ste. 3 PMB<br>3001 Webster, NY 14580<br>Tel: (585) 967-7707<br><br>By: _____<br>Justin Cordello, Esq.<br><br>Dated: February 24, 2025 | JACKSON LEWIS P.C.<br>*Attorneys for Defendant*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: *s/Brian Shenker*<br>Brian Shenker, Esq.<br><br>Dated: February 24, 2025 |

SO ORDERED THIS 3rd DAY OF March 2025

_____
HON. FRANK P. GERACI, JR.
U.S. District Judge

6